IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) | (Joint Administration Requested) |
|  | ) | **Re: Docket No.** |

**ORDER (I) AUTHORIZING THE DEBTORS
TO REDACT CERTAIN PERSONALLY IDENTIFIABLE
INFORMATION, (II) APPROVING THE FORM AND MANNER OF
NOTIFYING CREDITORS OF THE COMMENCEMENT OF THE CHAPTER
11 CASES AND OTHER INFORMATION, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to redact certain personally identifiable information, (b) approving the form and manner of notifying creditors of the commencement of these chapter 11 cases, and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192).  The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors and Stretto are directed to redact from the Creditor Matrix, Schedules and Statements, claims register, proofs of claim, and any other documents filed with the Court the names, home and email addresses, and other personally identifiable information of any natural person. The Debtors shall provide an unredacted version of the Creditor Matrix, Schedules and Statements, proofs of claim, and any other filings redacted pursuant to this Order to (a) the Court, (b) the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), (c) Stretto, (d) counsel to the Debtors' lender under their prepetition credit facility and DIP agent, (e) counsel to any official committee appointed in these chapter 11 cases, and (f) any party in interest upon a request to the Debtors (email being sufficient) or to the Court that is reasonably related to these chapter 11 cases, subject to the restrictions of the CCPA; *provided* that any receiving party shall not transfer or otherwise provide such unredacted document to any person or entity not party to the request. The Debtors shall inform the Court and U.S. Trustee promptly after denying any request for an unredacted document pursuant to this Order. Nothing herein precludes a party in interest's right to file a motion requesting that the Bankruptcy Court unseal the information redacted by this Order.

2. The Notice of Commencement, substantially in the form attached hereto as **Exhibit A** is hereby approved. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of (a) the commencement of these chapter 11 cases and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

3. The Debtors, through Stretto, are authorized to serve all pleadings and papers, including the Notice of Commencement, on all parties listed on the Creditor Matrix (including via email if available).

4. The Debtors, through Stretto, are authorized to distribute all pleadings and papers to current and former employees via email.

5. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas  
Dated: _____, 2023

                                               DAVID R. JONES  
                                               UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit A</u>**

**Notice of Commencement**

| **Information to identify the case:** | | |
|---|---|---|
| **Debtor:** Center for Autism and Related Disorders, LLC, *et al.*<br>Name | | **EIN:** 83-0721512 |
| United States Bankruptcy Court for the Southern District of Texas | | |
| **Case Number:** 23-90709 (DRJ) | | **Date case filed for Chapter 11:** June 11, 2023 |

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**                                                                                                   10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

   **The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1. **Debtors' full name:  See chart below.**

   **List of Jointly Administered Cases**

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1 | Center for Autism and Related Disorders, LLC | 9089 S Pecos Rd., Suite 3600<br>Henderson, Nevada 89074 | 23-90709 (DRJ) | 83-0721512 |
| 2 | CARD Holdings, LLC | 9089 S Pecos Rd., Suite 3600<br>Henderson, Nevada 89074 | 23-90713 (DRJ) | 95-4641453 |
| 3 | CARD Intermediate Holdings I, LLC | 9089 S Pecos Rd., Suite 3600<br>Henderson, Nevada 89074 | 23-90712 (DRJ) | N/A |
| 4 | CARD Intermediate Holdings II, LLC | 9089 S Pecos Rd., Suite 3600<br>Henderson, Nevada 89074 | 23-90711 (DRJ) | 83-0683953 |
| 5 | SKILLS Global, LLC | 9089 S Pecos Rd., Suite 3600<br>Henderson, Nevada 89074 | 23-90710 (DRJ) | 81-2764192 |

| | |
|---|---|
| 2. | **All other names used in the last 8 years: N/A** |
| 3. | **Address: See chart above.** |

| 4. | Debtors' attorneys: | | |
|---|---|---|---|
| | **JACKSON WALKER LLP**<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>Jennifer F. Wertz (TX Bar No. 24072822)<br>J. Machir Stull (TX Bar No. 24070697)<br>Victoria N. Argeroplos (TX Bar No. 24105799)<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Telephone:  (713) 752-4200<br>Facsimile:   (713) 752-4221<br>Email:       mcavenaugh@jw.com<br>Email:       jwertz@jw.com<br>Email:       mstull@jw.com<br>Email:       vargeroplos@jw.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Christopher T. Greco, P.C. (*pro hac vice* pending)<br>Allyson B. Smith (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email: christopher.greco@kirkland.com<br>Email: allyson.smith@kirkland.com<br><br>*Proposed Co-Counsel to the Debtors<br>and Debtors in Possession* | Debtors' notice and claims agent (for court documents and case information inquiries):<br><br>**Case Website**: https://cases.stretto.com/CARD<br>**Email**:         TeamCARD@stretto.com<br>**Telephone**:  (855) 925-7872 (Toll-free)<br>                      (949) 892-1668 (International)<br><br>**If by First-Class Mail:**<br>Center for Autism and Related Disorders, LLC<br>Claims Processing Center<br>c/o Stretto Inc.<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>**If by Hand Delivery or Overnight Mail:**<br>Center for Autism and Related Disorders, LLC<br>Claims Processing Center<br>c/o Stretto Inc.<br>410 Exchange, Suite 100<br>Irvine, CA 92602 | |
| 5. | **Bankruptcy Clerk's Office** | | |
| | Documents in this case may be filed at this address. | United States Courthouse<br>515 Rusk Avenue<br>Houston, Texas  77002 | Hours Open:  Monday - Friday<br>                         8:00 AM - 5:00 PM CT<br>Contact phone:  713-250-5500 |
| | You may inspect all records filed in this case at this office or online at www.pacer.gov | All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at https://cases.stretto.com/CARD | |
| 6. | Meeting of Creditors | [●], 2023 at [●] a.m./p.m. (prevailing Central Time) | Location:<br>Telephone Conference Call<br><br>Dial:  (866) 707-5468<br>Code:  6166997 |
| | The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | |
| 7. | Proof of Claim Deadline: | **Deadline for filing proof of claim:** | **General Bar Date:** [Day], [●], 2023 at 5:00 PM CT.<br><br>**Governmental Bar Date:** [Day], [●], 2023 at 5:00 PM CT. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |

Official Form 309F1 (For Corporations or Partnerships)                                                              **Notice of Chapter 11 Bankruptcy Case**

|  |  | Your claim will be allowed in the amount scheduled unless:<br>• Your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• You file a proof of claim in a different amount; or<br>• You receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|---|
| 8. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:  Not applicable** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |