IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) ) ) | (Joint Administration Requested) **Re: Docket No.** |

**ORDER (I) AUTHORIZING, EFFECTIVE
AS OF THE REJECTION DATE, (A) THE REJECTION OF
CERTAIN UNEXPIRED LEASES AND (B) ABANDONMENT OF
CERTAIN PERSONAL PROPERTY, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing, effective as of the Rejection Date; (a) the rejection of certain unexpired nonresidential real property leases, including any guarantees thereof and any amendments, modifications, subleases, or termination agreements thereto, as set forth on **Schedule 1**, attached hereto (each, a "Lease" and, collectively, the "Leases"); and (b) the abandonment of certain equipment, fixtures, furniture, or other personal property (the "Personal Property") that may be located at the premises of each property subject to a rejected Lease, (the "Premises"); and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any, and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to section 365 of the Bankruptcy Code, each of the Leases is and shall be deemed rejected as of the Rejection Date.

2. The Debtors are authorized, in consultation with the DIP Agent, to abandon any Personal Property that may be located at the Premises free and clear of all liens, claims, encumbrances, interests, and rights of the Debtors, and all such property is deemed abandoned effective as of the Rejection Date. The applicable counterparty to each Lease is authorized to dispose of the abandoned Personal Property without notice or liability to any party.

3. Each Counterparty to each Lease must file a proof of claim, if at all, on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the entry of this Order, or else be forever barred.

4. Nothing contained herein or any actions taken pursuant to such relief requested is intended or shall be construed as: (a) an admission as to the amount of, basis for, or validity of

any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Motion or any order granting the relief requested by this Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in this Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.  If the Court grants the relief sought herein, any payment made pursuant to the Court's order is not intended and should not be construed as an admission as to the validity of any particular claim or a waiver of the Debtors' or any other party in interest's rights to subsequently dispute such claim.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2023

                                      DAVID R. JONES
                                      UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

**Rejected Leases**[1]

---

[1] For the avoidance of doubt, the Leases referenced herein include any guaranties thereof and any amendments, modifications, subleases, or termination agreements thereto.

| # | Counterparty | Debtor | Description | Rejection Date |
|---|---|---|---|---|
| 1. | Wyoming Office Park, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 2. | Wyoming Office Park, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 3. | G&C Mansell Investors, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 4. | G&C Mansell Investors, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 5. | 4319jc, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 6. | 4319jc, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 7. | 8700 Creekside, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 8. | Cummings Properties, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 9. | Ap Concord 575 Owner LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 10. | Ap Concord 575 Owner LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 11. | Mitel Networks, Inc. | Center For Autism and Related Disorders, LLC | Real Estate Sub Lease | 6/11/2023 |
| 12. | Douglas Emmet 2000, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 13. | Elizabethtown Health Center, Inc. | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 14. | Daniel Kersey | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 15. | Diamond Parking, Inc. | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 16. | Access Engineering LLC | Center For Autism and Related Disorders, LLC | Real Estate Sub Lease | 6/11/2023 |
| 17. | Shaw/Blythe, LP | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 18. | Nucleus Medical I, LLC (property acquired by GBT Laguna, LLC) | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 19. | GBT Laguna, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 20. | Greenville Marketplace LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 21. | Felix Continental, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 22. | Felix Continental, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 23. | Seem Salwan Sharma And Seema Salwan Sharma Living Trust | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |

| # | Counterparty | Debtor | Description | Rejection Date |
|---|---|---|---|---|
| 24. | Deer Crossing Realty Trust | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 25. | Deer Crossing Realty Trust | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 26. | Monterey Park, Ltd. | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 27. | Monterey Park, Ltd. | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 28. | Beta Madison, Inc. | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 29. | Mob Holdings 1, LLC (f/k/a LLOLAR Properties) | Center For Autism and Related Disorders, LLC | Real Estate Lease / Amendment | 6/11/2023 |
| 30. | 318 Post Road LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 31. | Bison Millwork & Supply, Inc. | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 32. | L&B All Star Management, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 33. | Baur I, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 34. | Wisdom Pointe Partners, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 35. | Naperville Riverview, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 36. | Naperville Riverview, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 37. | Cruise 224, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 38. | Pomerado Plaza Partners, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 39. | Omni Combined W.E., LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 40. | Metro Park I, LLC (property acquired by IP DSC MOCO METRO PARK, LLC) | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 41. | IP DSC Moco Metro Park, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 42. | Park 5 Center, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 43. | Park 5 Center, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease Extension | 6/11/2023 |
| 44. | Cranbrook Realty Investment Fund, L.P., | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 45. | 501 Thousand Oaks, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 46. | Marin Sigmo, LLC | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |

| # | Counterparty | Debtor | Description | Rejection Date |
|---|---|---|---|---|
| 47. | Tigard Investment Properties, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 48. | Chase Hamilton, LLC (property acquired by Omninet Hamilton, LP) | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 49. | Omninet Hamilton, LP | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 50. | 1100 H Street, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 51. | JIR Properties, Inc. | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 52. | Colimbia Tract One, LLC (successor in interest to JJR PROPERTIES, INC) | Center For Autism and Related Disorders, LLC | Lease Termination Agreement | 6/11/2023 |
| 53. | Cummings Properties, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 54. | 7125-7131 Ambassador, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 55. | Comprehensive Early Autism Services, LLC | Center For Autism and Related Disorders, LLC | Real Estate Sublease | 6/11/2023 |
| 56. | Kew Realty Corporation | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 57. | Milestone Pediatric Therapy Services LLC | Center For Autism and Related Disorders, LLC | Real Estate Sublease | 6/11/2023 |
| 58. | Killeen South Pointe, Ltd. | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 59. | Dang Wynn Medical Group | Center For Autism and Related Disorders, LLC | Real Estate Sublease | 6/11/2023 |
| 60. | Michael Marsh | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 61. | Behaven Kids Lincoln, LLC | Center For Autism and Related Disorders, LLC | Real Estate Sublease | 6/11/2023 |
| 62. | Td Holding, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 63. | Cow Creek Health & Wellness Center | Center For Autism and Related Disorders, LLC | Real Estate Sublease | 6/11/2023 |
| 64. | 1601 PCH LLP | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |
| 65. | Five Oaks Properties, LLC | Center For Autism and Related Disorders, LLC | Real Estate Lease | 6/11/2023 |