# Debtors' Exhibit 3

**Schedule 2**

**Budget**

CARD
*DIP Forecast*
6/11/2023

| Week Ending | Pre-petition 6/11/2023 | Post-petition 6/18/2023 | Post-petition 6/25/2023 | Post-petition 7/2/2023 | Post-petition 7/9/2023 | Post-petition 7/16/2023 | Post-petition 7/23/2023 | Post-petition 7/30/2023 | Post-petition 8/6/2023 | Post-petition 8/13/2023 | Post-emergence 8/20/2023 | Post-emergence 8/27/2023 | Post-emergence 9/3/2023 | 13-week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash Receipts** | $ 3,320,205 | $ 2,796,342 | $ 2,758,488 | $ 2,709,250 | $ 2,118,356 | $ 3,129,107 | $ 2,591,142 | $ 2,599,057 | $ 2,638,122 | $ 2,632,489 | $ 2,634,311 | $ 2,643,449 | $ 2,612,098 | $ 35,182,415 |
| *Methodology Disbursements* | | | | | | | | | | | | | | |
| Payroll & Benefits | $ 3,557,493 | $ 31,493 | $ 4,203,160 | $ 31,683 | $ 3,928,649 | $ 30,054 | $ 4,148,376 | $ 33,393 | $ 4,140,780 | $ 3,867,199 | $ 30,665 | $ 30,665 | $ 4,088,500 | $ 28,122,110 |
| Rent | 926,499 | 336,695 | 50,000 | 50,000 | 978,846 | 328,028 | 50,000 | 50,000 | 978,846 | 328,028 | 50,000 | 50,000 | - | 4,176,942 |
| American Express | 145,000 | - | 30,000 | - | - | 145,000 | - | - | - | - | 145,000 | - | - | 465,000 |
| Software & IT | 30,968 | 43,076 | 52,768 | 112,546 | 278,633 | 278,633 | 106,462 | 92,114 | 204,299 | 189,951 | 56,525 | 31,403 | 67,792 | 1,545,169 |
| Facilities & Utilities | 110,882 | 44,809 | 54,892 | 118,036 | 242,203 | 242,203 | 95,185 | 82,934 | 254,370 | 242,119 | 73,481 | 40,823 | 76,735 | 1,678,672 |
| Insurance | 82,012 | 35,385 | 43,346 | 89,176 | 172,153 | 172,153 | 67,452 | 58,726 | 149,488 | 140,763 | 41,887 | 23,271 | 44,883 | 1,120,695 |
| Temp Labor | 14,688 | 22,988 | 28,160 | 58,800 | 125,182 | 125,182 | 48,556 | 42,171 | 77,424 | 71,038 | 20,265 | 11,258 | 16,959 | 662,672 |
| **Total Methodology Disbursements** | $ 4,867,543 | $ 514,445 | $ 4,462,326 | $ 460,241 | $ 5,725,666 | $ 1,321,253 | $ 4,516,031 | $ 359,339 | $ 5,805,207 | $ 4,839,098 | $ 417,822 | $ 187,419 | $ 4,294,870 | $ 37,771,261 |
| *Non-Methodology Disbursements* | | | | | | | | | | | | | | |
| General & Administrative | $ 298,458 | $ 20,672 | $ 25,323 | $ 54,075 | $ 112,405 | $ 112,405 | $ 44,009 | $ 38,309 | $ 104,137 | $ 98,438 | $ 29,542 | $ 16,412 | $ 31,125 | $ 985,310 |
| Revenue Cycle Management | 7,746 | 17,120 | 20,972 | 45,264 | 94,537 | 94,537 | 37,089 | 32,302 | 94,294 | 89,507 | 27,047 | 15,026 | 29,494 | 604,937 |
| Professional Services | 97,889 | 12,001 | 14,701 | 39,677 | 122,793 | 122,793 | 47,489 | 41,214 | 145,799 | 139,523 | 43,228 | 24,016 | 26,832 | 877,955 |
| Marketing | 13,291 | 8,865 | 10,860 | 23,323 | 48,599 | 48,599 | 19,049 | 16,587 | 51,062 | 48,599 | 14,775 | 8,208 | 15,432 | 327,249 |
| Other OpEx | 84 | 375 | 459 | 1,253 | 5,564 | 5,564 | 2,064 | 1,772 | 2,481 | 2,189 | 625 | 347 | 653 | 23,431 |
| **Total Non-Methodology Disbursements** | $ 417,467 | $ 59,033 | $ 72,315 | $ 163,593 | $ 383,898 | $ 383,898 | $ 149,701 | $ 130,185 | $ 397,772 | $ 378,256 | $ 115,218 | $ 64,010 | $ 103,536 | $ 2,818,882 |
| **Operating Cash Flow** | $ (1,964,806) | $ 2,222,863 | $ (1,776,154) | $ 2,085,417 | $ (3,991,208) | $ 1,423,956 | $ (2,074,590) | $ 2,109,534 | $ (3,564,857) | $ (2,584,865) | $ 2,101,270 | $ 2,392,020 | $ (1,786,308) | $ (5,407,728) |
| **Cumulative Operating Cash Flow** | (1,964,806) | 258,057 | (1,518,096) | 567,320 | (3,423,888) | (1,999,932) | (4,074,522) | (1,964,988) | (5,529,845) | (8,114,710) | (6,013,440) | (3,621,420) | (5,407,728) | (5,407,728) |
| *Non-Operating Disbursements* | | | | | | | | | | | | | | |
| Severance | $ 34,116 | $ - | $ 34,116 | $ - | $ 34,116 | $ - | $ - | $ 34,116 | $ - | $ 1,000,000 | $ - | $ - | $ - | $ 1,136,463 |
| Workers Compensation Insurance | - | - | 500,000 | - | - | - | - | - | - | - | - | - | - | 500,000 |
| DIP Entry / Exit Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | $ 34,116 | $ - | $ 534,116 | $ - | $ 34,116 | $ - | $ - | $ 34,116 | $ - | $ 1,000,000 | $ - | $ - | $ - | $ 1,636,463 |
| Debtor Counsel | $ 1,015,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 780,000 | $ - | $ 2,145,000 | $ - | $ - | $ - | $ 3,940,000 |
| Debtor Advisors | 524,946 | - | - | - | - | - | - | - | 432,000 | - | 1,502,000 | - | - | 2,458,946 |
| DIP / Sponsor / Secured Creditor Advisors | 1,056,279 | - | - | - | 350,000 | - | - | - | 175,000 | - | 175,000 | - | - | 1,756,279 |
| Other Restructuring Professionals | - | - | - | - | - | - | - | - | 100,000 | - | 400,000 | - | - | 500,000 |
| *Other Restructuring Costs* | | | | | | | | | | | | | | |
| UST | $ - | $ - | $ - | $ - | $ 71,409 | $ - | $ - | $ - | $ - | $ 250,000 | $ - | $ - | $ - | $ 321,409 |
| Filing Fees | - | 10,000 | - | - | - | - | - | - | - | - | - | - | - | 10,000 |
| Utility Deposit | 200,000 | - | - | - | - | - | - | - | - | - | - | - | - | 200,000 |
| Critical Vendor | - | - | 750,000 | 750,000 | - | - | - | - | - | - | - | - | - | 1,500,000 |
| 503 b(9) / Foreign / Shipperman's | - | - | 50,000 | 50,000 | - | - | - | - | - | - | - | - | - | 100,000 |
| Other Restructuring Costs | - | - | 525,000 | 525,000 | 135,000 | - | - | - | 135,000 | 2,562,500 | - | - | - | 3,882,500 |
| **Other Restructuring Costs** | $ 200,000 | $ 10,000 | $ 1,325,000 | $ 1,325,000 | $ 206,409 | $ - | $ - | $ - | $ 135,000 | $ 2,812,500 | $ - | $ - | $ - | $ 6,013,909 |
| **Total Restructuring Costs** | $ 2,796,225 | $ 10,000 | $ 1,325,000 | $ 1,325,000 | $ 556,409 | $ - | $ - | $ 1,487,000 | $ 135,000 | $ 7,034,500 | $ - | $ - | $ - | $ 14,669,133 |
| **Total Disbursements** | $ 8,115,351 | $ 583,478 | $ 6,393,757 | $ 1,948,834 | $ 6,700,088 | $ 1,705,151 | $ 4,665,732 | $ 2,010,639 | $ 6,337,979 | $ 13,251,854 | $ 533,040 | $ 251,429 | $ 4,398,406 | $ 56,895,739 |
| Beginning Cash (Bank) | $ 6,831,597 | $ 2,036,451 | $ 11,749,314 | $ 8,114,045 | $ 8,874,461 | $ 4,292,729 | $ 16,216,685 | $ 14,142,095 | $ 14,730,513 | $ 11,030,656 | $ 411,291 | $ 2,512,561 | $ 4,904,581 | $ 6,831,597 |
| Net Cash Flow | (4,795,146) | 2,212,863 | (3,635,269) | 760,417 | (4,581,732) | 1,423,956 | (2,074,590) | 588,418 | (3,699,857) | (10,619,365) | 2,101,270 | 2,392,020 | (1,786,308) | (21,713,324) |
| Minimum Cash Requirement | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Funding | - | 7,500,000 | - | - | - | 10,500,000 | - | - | - | - | - | - | - | 18,000,000 |
| **Ending Cash (Bank)** | $ 2,036,451 | $ 11,749,314 | $ 8,114,045 | $ 8,874,461 | $ 4,292,729 | $ 16,216,685 | $ 14,142,095 | $ 14,730,513 | $ 11,030,656 | $ 411,291 | $ 2,512,561 | $ 4,904,581 | $ 3,118,273 | $ 3,118,273 |
| *Debt Rollforward* | | | | | | | | | | | | | | |
| Beginning DIP Balance | $ - | $ - | $ 7,500,000 | $ 7,500,000 | $ 7,500,000 | $ 7,500,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | | | | |
| Draw (Repayment) | - | 7,500,000 | - | - | - | 10,500,000 | - | - | - | - | | | | |
| **Ending DIP Balance** | $ - | $ 7,500,000 | $ 7,500,000 | $ 7,500,000 | $ 7,500,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | | | | |
| DIP Availability | - | 10,500,000 | 10,500,000 | 10,500,000 | 10,500,000 | - | - | - | - | - | | | | |
| DIP Commitment | $ - | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | $ 18,000,000 | | | | |

*Note: Assumes petition date of 6/11 and exit date in the week ending 8/13*