IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE UNDER
## FED. R. BANKR. P. 9010(b), REQUEST FOR ALL COPIES
## PURSUANT TO FED. R. BANKR. P. 2002, AND REQUEST FOR
## ALL PLEADINGS PURSUANT TO FED. R. BANKR. P. 3017(A)

Cardinal Buyer, LLC ("Cardinal"), as a holder of certain interests in, and claims against, the Debtors, hereby requests, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served by U.S. Mail and by email in the above-captioned cases, be given to and served upon:

> John F. Higgins
> M. Shane Johnson
> Megan N. Young-John
> **PORTER HEDGES LLP**
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> Telephone: (713) 226-6000
> Facsimile: (713) 228-1331
> Email: jhiggins@porterhedges.com
>        sjohnson@porterhedges.com
>        myoung-john@porterhedges.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N.A.); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal palace of business is 9089 S. Pecos Rd., Suite 3660, Henderson, Nevada 89074.

14024752

and

Paul M. Basta
Jacob A. Adlerstein
Brian Bolin
Jessica Choi
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
jadlerstein@paulweiss.com
bbolin@paulweiss.com
jchoi@paulweiss.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code or in Bankruptcy Rules 2002, 3017, or 9007, including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Cardinal's substantive or procedural rights, including without limitation, Cardinal's rights: (i) to have final orders in noncore matters entered only after *de novo* review by a United States district judge; (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases; (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4

of the Federal Rules of Civil Procedure; or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Cardinal is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Signatures on Next Page*]

Respectfully submitted this 12th day of June 2023.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
M. Shane Johnson (TX 24083263)
Megan N. Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Phone: (713) 226-6000
Facsimile: (713) 228-1331
Email: jhiggins@porterhedges.com
          sjohnson@porterhedges.com
          myoung-john@porterhedges.com

- and –

Paul M. Basta*
Jacob A. Adlerstein*
Brian Bolin*
Jessica Choi*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
          jadlerstein@paulweiss.com
          bbolin@paulweiss.com
          jchoi@paulweiss.com

*\*Pro Hac Vice Admission Pending*

***Counsel to Cardinal Buyer, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 12, 2023, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

*/s/ John F. Higgins*
John F. Higgins

5

14024752