Electronic Appearance Sheet

David Kupetz, Locke Lord LLP
Client(s): Pantogran LLC

Sean Feener, Locke Lord LLP
Client(s): Pantogran LLC

John Higgin, Porter Hedges LLP
Client(s): Cardinal Buyer L.L.C.

Paul Basta, Paul Weiss Rifkind Wharton & Garrison LLP
Client(s): Cardinal Buyer L.L.C.

Jacob Adlerstein, Paul Weiss Rifkind Wharton & Garrison LLP
Client(s): Cardinal Buyer L.L.C.

Brian Bolin, Paul Weiss Rifkind Wharton & Garrison LL P
Client(s): Cardinal Buyer, LLC

James Ktsanes, Latham & Watkins LLP
Client(s): Ares Capital Corporation

Asif Attarwala, Latham & Watkins LLP
Client(s): Ares Capital Corporation

Nacif Taousse, Latham & Watkins LLP
Client(s): Ares Capital Corporation

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Ares Capital Corporation

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Ares Capital Corporation

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Ares Capital Corporation

Christopher Greco, Kirkland & Ellis
Client(s): Debtor

Allyson Smith, Kirkland & Ellis
Client(s): Debtor

Aaron Marks, Kirkland & Ellis
Client(s): Debtor

Claire Stephens, Kirkland & Ellis
Client(s): Debtor

Electronic Appearance Sheet

Gabriela Zamfir Hensley, Kirkland & Ellis
Client(s): Debtor

Tiffani Chanroo, Kirkland & Ellis
Client(s): Debtor

Matthew Cavenaugh, Jackson Walker
Client(s): Debtor

Jennifer Wertz, Jackson Walker
Client(s): Debtor

Machir Stull, Jackson Walker
Client(s): Debtor

Victoria Argeroplos, Jackson Walker
Client(s): Debtor

James Tecce, Quinn Emanuel Urquhart & Sullivan LLP
Client(s): Special Counsel to Debtors, acting for Independent Director Neal Goldman

Jana Whitworth, Office of United States Trustee
Client(s): U.S. Trustee

Angela Tsai, Stretto
Client(s): Debtor's Claims, Noticing and Solicitation Agent