PDFIN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JUNE 16, 2023, AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (the "Debtors") file their Amended Witness and Exhibit List for the hearing to be held on **June 16, 2023, at 11:00 a.m. (prevailing Central Time)** (the "Hearing") as follows:

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Steven Shenker, Chief Restructuring Officer of Center for Autism and Related Disorders, LLC;

2. Joseph Greenwood, Partner of Livingstone Partners LLC;

3. Sheryl Betance, Senior Managing Director of Stretto Inc.;

4. Any witness listed or called by any other party;

5. Rebuttal witnesses as necessary; and

6. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Steven Shenker, Chief Restructuring Officer of Card Holdings, LLC, in Support of Chapter 11 Petitions, First Day Motions, and DIP Motion [Docket No. 21]. | | | | | | |
| 2. | **Declaration of Joseph Greenwood in Support of the Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Bid Procedures, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Debtors to Enter into Definitive Purchase Agreements, and (VII) Granting Related Relief [Docket No. 126].** | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Houston, Texas
June 16, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (*pro hac vice* pending) |
| J. Machir Stull (TX Bar No. 24070697) | Allyson B. Smith (*pro hac vice* pending) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone:   (212) 446-4800 |
| Telephone:   (713) 752-4200 | Facsimile:   (212) 446-4900 |
| Facsimile:   (713) 752-4221 | Email:   christopher.greco@kirkland.com |
| Email:   mcavenaugh@jw.com | allyson.smith@kirkland.com |
|   jwertz@jw.com | |
|   mstull@jw.com | |
|   vargeroplos@jw.com | |

*Proposed Co-Counsel to the Debtors
and Debtors-in-Possession*

*Proposed Co-Counsel to the Debtors
and Debtors-in-Possession*

**Certificate of Service**

    I certify that on June 16, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                      */s/ Matthew D. Cavenaugh*
                                                      Matthew D. Cavenaugh

36572837v.2