IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) |  |

**DEBTORS' AGENDA FOR HEARING SCHEDULED FOR
JUNE 16, 2023, AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") file this agenda of matters set for virtual hearing on **June 16, 2023, at 11:00 a.m. (prevailing Central Time)**:

**A. Evidentiary Support for First Day Motions:**

1. **<u>First Day Declaration</u>.** Declaration of Steven Shenker, Chief Restructuring Officer of CARD Holdings, LLC, in Support of Chapter 11 Petitions, First Day Motions, and DIP Motion [Docket No. 21].

2. **<u>Greenwood Declaration</u>.** Declaration of Joseph Greenwood in Support of Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Debtors to Enter Into Definitive Purchase Agreements, and (VII) Granting Related Relief [Docket No. 126].

3. **<u>Witness & Exhibit List</u>.** Debtors' Witness and Exhibit List for Hearing Scheduled for June 16, 2023, at 11:00 a.m. (Prevailing Central Time) [Docket No. 128].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

B. **Pending Motions:**

1. **Bar Date Motion.** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Setting the Claims Bar Dates, (II) Setting the Rejection Damages Bar Date, (III) Approving the Form and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of bar Dates [Docket No. 15].

    **Status:** This matter is going forward. The Debtors request entry of the proposed order at Docket No. 15-1.

2. **Bid Procedures Motion.** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Debtors to Enter Into Definitive Purchase Agreements, and (VII) Granting Related Relief [Docket No. 69].

    **Status:** This matter is going forward. The Debtors request entry of the proposed order at Docket No. [129].

Houston, Texas
June 16, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (*pro hac vice* pending) |
| J. Machir Stull (TX Bar No. 24070697) | Allyson B. Smith (*pro hac vice* pending) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone: (212) 446-4800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 752-4221 | Email: christopher.greco@kirkland.com |
| Email: mcavenaugh@jw.com | allyson.smith@kirkland.com |
| jwertz@jw.com | |
| mstull@jw.com | |
| vargeroplos@jw.com | |
| | |
| *Proposed Co-Counsel to the Debtors* | *Proposed Co-Counsel to the Debtors* |
| *and Debtors-in-Possession* | *and Debtors-in-Possession* |

**Certificate of Service**

I certify that on June 16, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh