Electronic Appearance Sheet

James Grogan
Paul Hastings LLP

Client(s): 360 Behavioral Health

Brett Lawrence
Paul Hastings LLP

Client(s): 360 Behavioral Health

Tad Davidson
Hunton Andrews Kurth LLP

Client(s): Ares Capital Corporation

Nacif Taousse
Latham & Watkins LLP

Client(s): Ares Capital Corporation

David Kupetz
Locke Lord LLP

Client(s): Pantogran LLC and Dr. Doreen Granpeesheh

Joseph Greenwood
Livingstone Partners

Client(s): Proposed Investment Banker to the Debtors

Allyson Smith
Kirkland & Ellis LLP

Client(s): Center for Autism and Related Disorders, LLC, et al.

Steven Shenker
Portage Point Partners

Client(s): Center for Autism and Related Disorders, LLC

Julie Parsons
McCreary Veselka Bragg & Allen PC

Client(s): Williamson County, Bell Co TAD, Hays County

Simon Mayer
Locke Lord LLP

Client(s): Pantogran LLC

Electronic Appearance Sheet

Sean Feener
Locke Lord LLP

Client(s): Pantogran LLC

Casey Roy
United States Department of Justice

Client(s): United States Trustee

Angela Tsai
Stretto

Client(s): Debtors Claims, Noticing and Solicitation Agent