IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) Case No. 23-90709 (DRJ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE TO CONTRACT PARTIES TO POTENTIALLY
ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU
OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN
EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE
OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO.**

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

On June 16, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (I) Approving the Bidding Procedures, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Debtors to Enter into Definitive Purchase Agreements, and (VII) Granting Related Relief* [Docket No. 134] (the "Order"),[2] by which the Court approved procedures for the assumption and assignment of executory contracts and unexpired leases and granted related relief, as set forth in the Order.

Pursuant to the Bidding Procedures and the terms of any Winning Bid, the Debtors **may** assume and assign to the Winning Bidder certain of the Contracts listed on **Exhibit A** hereto (the "Potential Assumption List"), which include Contracts to which you are a counterparty, upon approval of a sale or other transaction (including, as the case may be, confirmation of a chapter 11 plan). The Debtors have conducted a review of their books and records and have included in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order or the Plan, as applicable.

Potential Assumption List the amount of unpaid monetary obligations under each Contract set forth therein (the "Cure Costs").

If you disagree with the proposed Cure Costs for the Contract(s) to which you are a counterparty, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Costs, state the cure amount alleged to be owed, together with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Court and **actually received** by the following parties **no later than Thursday, July 13, 2023** at **4:00 p.m. (prevailing Central Time)** (the "**Cure Objection Deadline**") by the following parties: (a) proposed co-counsel for the Debtors, (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Allyson B. Smith (allyson.smith@kirkland.com), Claire E. Stephens (claire.stephens@kirkland.com), and Gabriela Zamfir Hensley (gabriela.hensley@kirkland.com); and (ii) Jackson Walker LLP ("Jackson Walker"), 1401 McKinney Street, Suite 1900, Houston, Texas 77010, Attn.: Matthew D. Cavenaugh (mcavenaugh@jw.com), Jennifer F. Wertz (jwertz@jw.com), J. Machir Stull (mstull@jw.com), and Victoria N. Argeroplos (vargeroplos@jw.com); and (b) the United States Trustee for the Southern District of Texas, Attn.: Jana Whitworth.

Notwithstanding the foregoing, if the Debtors file one or more revised versions of this Potential Assumption Notice (a "Supplemental Potential Assumption Notice"), as set forth in the Order, any counterparty to a Contract that is (a) added to the Potential Assumption List pursuant to a Supplemental Potential Assumption Notice or (b) that is subject to an amended proposed cure amount shall have fourteen days following the service of such Supplemental Potential Assumption Notice to file an objection. Objections to the proposed assignment of any Contract to the applicable Winning Bidder (other than Cure Objections) (an "Assumption Objection") shall (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Court and **actually received** by the parties listed above **no later than Wednesday, July 19, 2023** at **9:00 a.m. (prevailing Central Time).**[3]

Absent a timely objection, the assumption of each executory contract or unexpired lease may become effective on the date set forth in **Exhibit A**, or such other date as the Debtors and the counterparty or counterparties to such Contract may agree. If an objection is timely filed and not withdrawn or resolved, such objection will be heard at the Sale Hearing or such other date and time as agreed to by the Debtors and the objecting party or ordered by the Court. If such objection is overruled or withdrawn, the applicable Contract shall be assumed as of the date set forth in **Exhibit A** or such other date as the Debtors and the counterparty or counterparties to such Contract may agree.

---

[3] Any such Assumption Objection shall be with respect to contracts assumed pursuant to an Asset Sale(s) that is not the Stalking Horse Bid. Executory Contracts or Unexpired Leases to be assumed and assigned pursuant to the Stalking Horse Bid shall be set forth in the Assumed Executory Contracts and Unexpired Leases Schedules, which shall be filed as part of the Plan Supplement, and which shall have an objection deadline of July 13, 2023, at 4:00 p.m. (prevailing Central Time).

2

Houston, Texas
June 23, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Allyson B. Smith (admitted *pro hac vice*) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone: (212) 446-4800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 752-4221 | Email: christopher.greco@kirkland.com |
| Email: mcavenaugh@jw.com | allyson.smith@kirkland.com |
| jwertz@jw.com | |
| mstull@jw.com | |
| vargeroplos@jw.com | |

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*

## **Exhibit A**

**Potential Assumption List**

| Debtor | Counterparty | Contract Name | Cure Cost |
|---|---|---|---|
| Center for Autism & Related Disorders, LLC | Alight Solutions LLC | 1.3.12.1.1 Alight Solutions CARD Workday AMS SOW #16- Hours Flex Pool - 3 Years.docx.pdf | 228,630 |
| Center for Autism & Related Disorders, LLC | Alight Solutions LLC | Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Alight Solutions LLC | Amendment Letter | - |
| Center for Autism & Related Disorders, LLC | Alight Solutions LLC | Amendment #2 to the Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Abacus Technical Services LLC | Contract Services Agreement | 106,320 |
| Center for Autism & Related Disorders, LLC | Buchanan Technologies | Managed Depot Services - Statement of Work | - |
| Center for Autism & Related Disorders, LLC | Buchanan Technologies | Statement of Work | - |
| Center for Autism & Related Disorders, LLC | Buchanan Technologies | Master Services Agreement | 54,361 |
| Center for Autism & Related Disorders, LLC | Buchanan Technologies | Mutual Nondisclosure Agreement | - |
| Center for Autism & Related Disorders, LLC | CIGNA Behavioral Health, Inc. | Amendment to Institutional Services Agreement between Cigna Behavioral Health, Inc. and Provider | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health Inc.Evernorth Behavioral Health of California Inc. | Amendment to Provider Agreement | - |
| Center for Autism & Related Disorders, LLC | Cloudreach Inc. | Amazon Web Services Cloudreach Infrastructure Foundation Order Form | 126,579 |
| Center for Autism & Related Disorders, LLC | SysInformation Healthcare Services, LLC, d/b/a EqualizeRCM Services | Service Agreement | 41,206 |
| Center for Autism & Related Disorders, LLC | eSentire, Inc. | Order Form | - |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | Master Services Agreement | 265,056 |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | Amendment No. 1 to Master Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | Amendment No. 2 to Master Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | Amendment No. 3 to Master Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | Amendment No. 4 to Master Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | VoIP Services Service Level Agreement | - |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | Broadband Services Service Level Agreement | - |
| Center for Autism & Related Disorders, LLC | Granite Telecommunications, LLC | Access Services (on-net services) Service Level Agreement | - |
| Center for Autism & Related Disorders, LLC | Humane Business Intelligence Technology Solutions Private Limited | Statement of Work #CARD20221122 | 237,982 |
| Center for Autism & Related Disorders, LLC | Humane Business Intelligence Technology Solutions Private Limited | Task Order #CARD202111 | - |
| Center for Autism & Related Disorders, LLC | Humane Business Intelligence Technology Solutions Private Limited | License and Support Agreement | - |
| Center for Autism & Related Disorders, LLC | Humane Business Intelligence Technology Solutions Private Limited | Term Sheet | - |
| Center for Autism & Related Disorders, LLC | HireRight, LLC | Master Service Agreement | - |
| Center for Autism & Related Disorders, LLC | HireRight, LLC | Modification to Services Agreement - Schedule of Fees | - |
| Center for Autism & Related Disorders, LLC | Milestone Consultants, Inc. | Master Services Agreement | 3,600 |
| Center for Autism & Related Disorders, LLC | NReal Media Strategies, Inc. | Master Services Agreement | 8,333 |
| Center for Autism & Related Disorders, LLC | Unlimited Technology Systems, LLC dba Unlimited Systems | Professional Services Agreement | 329,603 |
| Center for Autism & Related Disorders, LLC | Unlimited Technology Systems, LLC dba Unlimited Systems | Software License Agreement | - |
| Center for Autism & Related Disorders, LLC | Unlimited Technology Systems, LLC dba Unlimited Systems | Vector Subscription Agreement | - |
| Center for Autism & Related Disorders, LLC | Workday, Inc. | Order Form #00345817.0 | 178,271 |
| Center for Autism & Related Disorders, LLC | Alvarez & Marsal North America, LLC | Engagement Letter | - |
| Center for Autism & Related Disorders, LLC | Anderson IT Source | Service Agreement & Price Schedule | - |
| Center for Autism & Related Disorders, LLC | Automox | Quote / Order Form | - |
| Center for Autism & Related Disorders, LLC | Call One, Inc | VoIP Customer Service Agreement | - |
| Center for Autism & Related Disorders, LLC | ChangeHealthcare | End User Billing and Support Agreement | 8,535 |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | 12,700 |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Cogent Communications, Inc. | Colocation & Dedicated Internet Access Customer Order Form | - |
| Center for Autism & Related Disorders, LLC | Databank Holdings Ltd. | Databank Master Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Databank Holdings Ltd. | Databank Service Order 77481 | - |
| Center for Autism & Related Disorders, LLC | Docusign | DocuSign Order Form | - |
| Center for Autism & Related Disorders, LLC | Docusign | DocuSign Order Form | - |
| Center for Autism & Related Disorders, LLC | Docusign | DocuSign Order Form | - |
| Center for Autism & Related Disorders, LLC | Emtrain | Renewal Form & Charge Schedule | - |
| Center for Autism & Related Disorders, LLC | First Stop Health | Virtual Care Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Governmental Advocates, Inc. | Professional Services Agreement | 20,000 |
| Center for Autism & Related Disorders, LLC | Hilco Real Estate, LLC. | Real Estate Consulting and Advisory Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Jones Lang LaSalle Americas, Inc. ("JLL") | Third Amendment to Amended and Restate Real Estate Services Agreement | 207,799 |
| Center for Autism & Related Disorders, LLC | Joshua Hunt | Independent Contractor Agreement | - |
| Center for Autism & Related Disorders, LLC | Jwala Technologies | Master Data & Data Analytics Executive Dashboard Statement of Work | - |
| Center for Autism & Related Disorders, LLC | Jwala Technologies | Phase 1 Statement of Work | - |
| Center for Autism & Related Disorders, LLC | Jwala Technologies | Master Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Kaiser Foundation Heath Plan, Inc. | Group Agreement | - |
| Center for Autism & Related Disorders, LLC | MediStreams | Master Services Agreement | 13,885 |
| Center for Autism & Related Disorders, LLC | Offsite Data Sync | CyberFortress Master Services Agreement | 9,439 |
| Center for Autism & Related Disorders, LLC | Okta, Inc. | Okta, Inc. Renewal Agreement | - |
| Center for Autism & Related Disorders, LLC | Optima Health | Provider Agreement | - |
| Center for Autism & Related Disorders, LLC | Pacific Source | Participating Provider Service Agreement | - |
| Center for Autism & Related Disorders, LLC | Partnership Health Plan of California | Health Care Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Premera Blue Cross | Provider Agreement | - |
| Center for Autism & Related Disorders, LLC | Prince William County | Agreement for Purchase of Services | - |
| Center for Autism & Related Disorders, LLC | Providence Health Plan and partners | Amendment to the Providence Health Plan, Providence Health Assurance and Providence Plan Partners Provider Agreement | - |
| Center for Autism & Related Disorders, LLC | Providence Health Plan and partners | Amendment to the Providence Health Plan, Providence Health Assurance and Providence Plan Partners Provider Agreement | - |
| Center for Autism & Related Disorders, LLC | Randstad (d/b/a Tatum) | Schedule to Tatum Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Reading and Language Learning Center | Contractor Agreement for Speech- Language Therpay Services | - |
| Center for Autism & Related Disorders, LLC | Regence BCBS | Practicioner Agreement | - |
| Center for Autism & Related Disorders, LLC | RingCentral, Inc. | RingCentral Change Order Form - Contact Center Services | 4,091 |
| Center for Autism & Related Disorders, LLC | Robert Half | RH Customer Agreement for Temporary Services | - |
| Center for Autism & Related Disorders, LLC | Salo | Client Service Agrement | - |
| Center for Autism & Related Disorders, LLC | Samantha Moreno | Independent Contractor Agreement | - |
| Center for Autism & Related Disorders, LLC | San Juan School District | General Agreement for Nonsectarian, Nonpublic School and Agency Services | - |
| Center for Autism & Related Disorders, LLC | San Luis Coastal Unified School District | General Agreement for Nonsectarian, Nonpublic School and Agency Services | - |
| Center for Autism & Related Disorders, LLC | Santa Monica Malibu Unified School District | General Agreement for Nonsectarian, Nonpublic School and Agency Services | - |
| Center for Autism & Related Disorders, LLC | SAP Concur | Concur Technologies, Inc. ORDER FORM Standard Edition | - |
| Center for Autism & Related Disorders, LLC | ServiceChannel.com, Inc. | Service Agreement | 353,394 |
| Center for Autism & Related Disorders, LLC | Service Express | Service Agreement 40124 | 15,080 |
| Center for Autism & Related Disorders, LLC | SmartRoom | Proposal for: Smart1620022-Project Ace (Extension Contract) | - |
| Center for Autism & Related Disorders, LLC | Stafford County | Purchase of Services Contract | - |
| Center for Autism & Related Disorders, LLC | Sterling and HealthTrust | Commitment Service Agreement | - |
| Center for Autism & Related Disorders, LLC | Stice Lock/Brivo | Contract for Access Control Installation and Subscription | 19,054 |
| Center for Autism & Related Disorders, LLC | Stice Lock/Brivo | Contract for Access Control Installation and Subscription | - |
| Center for Autism & Related Disorders, LLC | Stice Lock/Brivo | Contract for Access Control Installation and Subscription | - |
| Center for Autism & Related Disorders, LLC | Temiah Baker | Independent Contractor Agreement | - |
| Center for Autism & Related Disorders, LLC | The Gibson Firm LLC | Contract for Legal Services | - |
| Center for Autism & Related Disorders, LLC | The Siegfried Group | Project Order: Number 9 | 123,090 |
| Center for Autism & Related Disorders, LLC | T-Mobile | T-Mobile Master Corporate Services Agreement | 7,499 |
| Center for Autism & Related Disorders, LLC | United HealthCare Services Inc. and affiliates | Administrative Services Agreement | - |
| Center for Autism & Related Disorders, LLC | United Healthcare Services, Inc. | Administrative Services Agreement | 144,971 |
| Center for Autism & Related Disorders, LLC | Vengroff Williams Inc (VWi) | Collection Services Agreement | - |
| Center for Autism & Related Disorders, LLC | VSP | Group Vision Care Plan | - |
| Center for Autism & Related Disorders, LLC | VWi Revenue Cycle Management Inc | Business Associate Agreement | - |
| Center for Autism & Related Disorders, LLC | VWi Revenue Cycle Management Inc | Mutual Confidentiality Agreement | - |
| Center for Autism & Related Disorders, LLC | VWi Revenue Cycle Management Inc | Statement of Work 005 to Master Service Agreement | 868,701 |
| Center for Autism & Related Disorders, LLC | VWi Revenue Cycle Management Inc | Statement of Work 006 to Master Service Agreement | - |
| Center for Autism & Related Disorders, LLC | VWi Revenue Cycle Management Inc | Statement of Work 005 to Master Service Agreement | - |
| Center for Autism & Related Disorders, LLC | VWi Revenue Cycle Management Inc | Statement of Work 006 to Master Service Agreement | - |
| Center for Autism & Related Disorders, LLC | Zoom Video Communications Inc. ('Zoom') | Zoom Order Form | - |
| Center for Autism & Related Disorders, LLC | SHI International Corp | n/a | 496,741 |
| Center for Autism & Related Disorders, LLC | UNUM (E0799130) PROVIDENT LIFE AND ACCIDENT INS CO | Benefits Policy | - |
| Center for Autism & Related Disorders, LLC | Flores & Associates, LLC | COBRA Administrative Services | - |
| Center for Autism & Related Disorders, LLC | Broadspire Services, Inc. | FMLA Administrative Services Agreement | - |
| Center for Autism & Related Disorders, LLC | LeapLive | Master Services Agreement | - |
| Center for Autism & Related Disorders, LLC | CenCal Health | Behavioral Health Provider Agreement | - |

| Debtor | Counterparty | Contract Name | Cure Cost |
|---|---|---|---|
| Center for Autism & Related Disorders, LLC | Fortium Parners, LP | Executive Services Agreement | - |
| Center for Autism & Related Disorders, LLC | Office Ally | Software License Agreement | 1,295 |
| Center for Autism & Related Disorders, LLC | Optum | n/a | - |
| Center for Autism & Related Disorders, LLC | Optum Financial | n/a | - |
| Center for Autism & Related Disorders, LLC | Aetna - IL | Payor | - |
| Center for Autism & Related Disorders, LLC | Aetna - LA | Payor | - |
| Center for Autism & Related Disorders, LLC | Aetna - National | Payor | - |
| Center for Autism & Related Disorders, LLC | Aetna - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Aetna Medicaid - LA | Payor | - |
| Center for Autism & Related Disorders, LLC | Amerihealth - LA | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem - ME | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - CO | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - KY | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - NV | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS Medicaid - KY | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem Healthkeepers - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Anthem Medi-CAL - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | BCBS - AZ | Payor | - |
| Center for Autism & Related Disorders, LLC | BCBS - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | BCBS - IL | Payor | - |
| Center for Autism & Related Disorders, LLC | BCBS - TX | Payor | - |
| Center for Autism & Related Disorders, LLC | BHPN - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | CareFirst - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | CIGNA - AZ | Payor | - |
| Center for Autism & Related Disorders, LLC | CIGNA - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | City of Alexandria - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Colorado Medicaid - CO | Payor | - |
| Center for Autism & Related Disorders, LLC | Community Health Group - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Contra Cost - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Corona-Norco Unified School District - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Culinary Health Fund - NV | Payor | - |
| Center for Autism & Related Disorders, LLC | Culpeper Youth Network - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | District of Columbia OSSE - Washington D.C. | Payor | - |
| Center for Autism & Related Disorders, LLC | Downey Unified School District - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - AZ | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - CO | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - FL | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - IL | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - KY | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - ME | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - NJ | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - NV | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - NY | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - TX | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Evernorth Behavioral Health - WA | Payor | - |
| Center for Autism & Related Disorders, LLC | Excellus BCBS - NY | Payor | - |
| Center for Autism & Related Disorders, LLC | Fairfax County - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Health Net - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Healthy Blue - LA | Payor | - |
| Center for Autism & Related Disorders, LLC | Hemet Unified School District - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Horizon BCBS - NJ | Payor | - |
| Center for Autism & Related Disorders, LLC | Humana - National | Payor | - |
| Center for Autism & Related Disorders, LLC | Inland Empire - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Los Angeles Unified School District - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Loudoun County - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Louisiana Health Care Connections - LA | Payor | - |
| Center for Autism & Related Disorders, LLC | Magellan - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Magellan - National | Payor | - |
| Center for Autism & Related Disorders, LLC | Magellan - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Mercy Care - AZ | Payor | - |
| Center for Autism & Related Disorders, LLC | MHN - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Molina - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Molina - WA | Payor | - |
| Center for Autism & Related Disorders, LLC | Optima Health - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | OptumRX - National | Payor | - |
| Center for Autism & Related Disorders, LLC | Pacific Source - WA | Payor | - |
| Center for Autism & Related Disorders, LLC | Partnership Health Plan of California - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Premera Blue Cross - WA | Payor | - |
| Center for Autism & Related Disorders, LLC | Prince William County - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Prince William County Community Policy and Management - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Regence BCBS - WA | Payor | - |
| Center for Autism & Related Disorders, LLC | San Juan School District - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | San Luis Coastal Unified School District - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Santa Monica Malibu Unified School District - CA | Payor | - |
| Center for Autism & Related Disorders, LLC | Stafford County - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Stafford County Community Policy and Management - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Tricare - National | Payor | - |
| Center for Autism & Related Disorders, LLC | UHC - AZ | Payor | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - IL | Payor | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - LA | Payor | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - National | Payor | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | United Healthcare - WA | Payor | - |
| Center for Autism & Related Disorders, LLC | United Healthcare Medicaid - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | VA Premier Health Plan - VA | Payor | - |
| Center for Autism & Related Disorders, LLC | Value Options - National | Payor | - |
| Center for Autism & Related Disorders, LLC | VSP - National | Payor | - |
| Center for Autism & Related Disorders, LLC | Providence Health Plan | Payor | - |
| Center for Autism & Related Disorders, LLC | El Dorado Ventures, LLC | 1200 N. El Dorado Place, Suite G700 | - |
| Center for Autism & Related Disorders, LLC | Pleiades Properties LLC | 1801 W. Warner Ave., Suite 101 | - |
| Center for Autism & Related Disorders, LLC | Spectrum Properties | 161 Butcher Rd. | - |
| Center for Autism & Related Disorders, LLC | Crescent 2400 LLC | 2400 West Dunlap Ave., Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Rozas Law Firm LLC | 758 Royal Street | - |
| Center for Autism & Related Disorders, LLC | Iron Gate Realty | 12740 Bandera Rd, Bldg 1 & 2 | - |
| Center for Autism & Related Disorders, LLC | 214-10 th Ave. Holdings LLC | 214-10 24th Ave., Unit 2 & 3 | - |
| Center for Autism & Related Disorders, LLC | Jendale Investments LLC | 7932 Summa Avenue, Suite B-2 | - |
| Center for Autism & Related Disorders, LLC | Reliance Property Management, Inc. | 12850 Jones Road #105-106 | - |
| Center for Autism & Related Disorders, LLC | JPPB Realty, LLC | 6513 Precinct Line Road | - |
| Center for Autism & Related Disorders, LLC | MPJC2, LLC c/o Fuller Group | 4101 SE 192nd Ave Suite 101 | - |
| Center for Autism & Related Disorders, LLC | A & L Properties | 10435 Greenbough Drive | - |
| Center for Autism & Related Disorders, LLC | HFK Investments, LLC | 17534 Old Jefferson Highway | - |
| Center for Autism & Related Disorders, LLC | Heyman Castle Rock | 1175 S Perry St. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | Haddad Investments, LLC | 1215 Independence Blvd. Bldg. A & B | - |
| Center for Autism & Related Disorders, LLC | Durrall Farms, LLC | 410 S Padre Island, Ste. 103 | - |
| Center for Autism & Related Disorders, LLC | 312 E 30th LLC | 314 E 30th St. Ste.314 | - |
| Center for Autism & Related Disorders, LLC | The Phoenix Limited Partnership - SEC c/o Basham Real Estate Companies | 2121 S. Blackhawk St. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | Sabrina's Property Management, LLC | 1069 Hempstead Turnpike, Unit 1 | - |
| Center for Autism & Related Disorders, LLC | NW Investments At Stockford Village LLC | 9901 NE 7th Ave., Suite C-116 | - |
| Center for Autism & Related Disorders, LLC | Rees Company, LLC | 42124 Veterans Blvd | - |
| Center for Autism & Related Disorders, LLC | MAB, LLC | 1145 and 1169 Eastern Parkway, Suite G-1111 | - |
| Center for Autism & Related Disorders, LLC | Dumpty Humpty Holdings, LLC | 1028 East Worthey Street Suite A | - |
| Center for Autism & Related Disorders, LLC | Marlin Enterprise LLC | 50 Donald B. Deane Drive. Suite B | - |

| Debtor | Counterparty | Contract Name | Cure Cost |
|---|---|---|---|
| Center for Autism & Related Disorders, LLC | Casa Associates | 6 N. Main Street, Suite 110 | - |
| Center for Autism & Related Disorders, LLC | Coit Medical Plaza LLC | 1708 Coit Road | - |
| Center for Autism & Related Disorders, LLC | DeSerpa Investments LLP | 333 Abbott Street | - |
| Center for Autism & Related Disorders, LLC | Stonemill Center LLC | 120 NE 136th Ave., Suite 220 | 32,645 |
| Center for Autism & Related Disorders, LLC | PF Portfolio 2, LP | 6030 West Oaks Blvd, Suite 170 | - |
| Center for Autism & Related Disorders, LLC | 9335 Reseda Medical LLC | 9335 Reseda Blvd., Suite 101 | - |
| Center for Autism & Related Disorders, LLC | SFERS REAL_ESTATE Corp. | 7297 Ronson Road | - |
| Center for Autism & Related Disorders, LLC | Aslan Khamo | 5750 Division Street, Suite 104 | - |
| Center for Autism & Related Disorders, LLC | Ron Assets | 1900 E. Los Angeles Ave, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Picoco, LLC | 17861 Von Karman Ave | - |
| Center for Autism & Related Disorders, LLC | Sierra Property Group, Inc | 533 E Micheltorena Street | 2,369 |
| Center for Autism & Related Disorders, LLC | SFS Heritage Park LLC | 12215 Telegraph Road | 375 |
| Center for Autism & Related Disorders, LLC | Dealer Properties LLC | 1915 Howard Rd., Suites A, B, & C | - |
| Center for Autism & Related Disorders, LLC | TEF 2274 Milwaukee LLC | 8618 W. Catalpa Ave. Suite 1106 | 2,175 |
| Center for Autism & Related Disorders, LLC | 334 Via Vera Cruz, LLC | 334 Via Vera Cruz, Suite 107 | - |
| Center for Autism & Related Disorders, LLC | 334 Via Vera Cruz, LLC | 334 Via Vera Cruz Suite 102 | - |
| Center for Autism & Related Disorders, LLC | Moonstone Investments, LLC | 45305 Catalina Court, Building B, Suite 101 | - |
| Center for Autism & Related Disorders, LLC | 27502 Avenue Scott, LLC | 27502 Avenue Scott, Suite A | - |
| Center for Autism & Related Disorders, LLC | AMI Management Group, LLC | 891 Kuhn Drive, Suite 110 | - |
| Center for Autism & Related Disorders, LLC | Jack Evarone | 73271 Fred Waring Dr. | - |
| Center for Autism & Related Disorders, LLC | The Dong Trust | 160 North L Street | - |
| Center for Autism & Related Disorders, LLC | Ladera UAC Office 555, 600 & 999, LLC | 600 Corporate Drive, Suite 110 | 1,118 |
| Center for Autism & Related Disorders, LLC | BGN Investments, LTD | 3700 S. Susan St., Suite 120 | - |
| Center for Autism & Related Disorders, LLC | Green Hawk, LLC | 1304 E Main Street Suite 100 | 270 |
| Center for Autism & Related Disorders, LLC | 9005-9089 South Pecos Road, LLC | 9089 S Pecos Rd Suite 3600 | 1,640 |
| Center for Autism & Related Disorders, LLC | Omninet LACC, LLC | 1000 Corporate Center Drive, Suite 120 | - |
| Center for Autism & Related Disorders, LLC | Haicenda Property LP | 732 East Carnegie Drive | - |
| Center for Autism & Related Disorders, LLC | JCM Farming, Inc. | 912 W Chandler Boulevard | - |
| Center for Autism & Related Disorders, LLC | Little San Juan Ranch Arizona, LLC | 5656 S Power Road, Building C | - |
| Center for Autism & Related Disorders, LLC | Ethan Conrad Properties - C.Heights | 6939 Sunrise Blvd, Suite 107 | - |
| Center for Autism & Related Disorders, LLC | dba 1800 Alexander Bell LLC | 1800 Alexander Bell Drive, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Shaw Blythe LP | 5168 N Blythe Avenue Suite 102, 103 | - |
| Center for Autism & Related Disorders, LLC | Parkway East, LLC | 14059 Crown Court | - |
| Center for Autism & Related Disorders, LLC | XYZ Properties, LLC | 634 N Main St., Suite 4 | - |
| Center for Autism & Related Disorders, LLC | Bradley Land Company | 1420 Shaw Avenue, Suite 105 | - |
| Center for Autism & Related Disorders, LLC | Aquia Park LLC | 2761 Jefferson Davis Hwy, Suites 105, 107, 109 | - |
| Center for Autism & Related Disorders, LLC | WHITESTONE TOWNE CENTER LLC | 4050 S. Arizona Ave, Suite L-1 Chandler, AZ 85248 | - |
| Center for Autism & Related Disorders, LLC | Rexco Norco, LLC | 1771 Third Street, Suite 101 | - |
| Center for Autism & Related Disorders, LLC | RR Properties II, LLC | 5252 Orange Ave., Suite 109. | - |
| Center for Autism & Related Disorders, LLC | 27990 Sherman Road Partners LLC | 27990 Sherman Avenue | - |
| Center for Autism & Related Disorders, LLC | Merritt Properties, LLC. | 46040 Center Oak Plaza | - |
| Center for Autism & Related Disorders, LLC | Hyde Park Commercial c/o Justin Miller Trustee | 4141 N Henderson Road, Suite 8 | - |
| Center for Autism & Related Disorders, LLC | Robert and Geraldine Campbell Revocable Trust | 2400 Professional Parkway, Suite 150 | - |
| Center for Autism & Related Disorders, LLC | CIA Huntington LLC | 2560 Huntington Avenue, Suite 104 | - |
| Center for Autism & Related Disorders, LLC | AP-Cityview LLC | 12399 Lewis Street, Suite 101 & 202 | 16,448 |
| Center for Autism & Related Disorders, LLC | GS Medical Plaza, LLC | 393 Blossom Hill Road Suite 201 | - |
| Center for Autism & Related Disorders, LLC | Satkar Investments, LLC | 2044 N. Recker Rd. | - |
| Center for Autism & Related Disorders, LLC | M&S Investments LP | 2366 Maritime Drive | - |
| Center for Autism & Related Disorders, LLC | Quail Ridge Executive Illinois Realty LP | 740 Quail Ridge Drive, Building D | - |
| Center for Autism & Related Disorders, LLC | Pacific Income Properties, LLC | 8770 N Thornydale Rd. Ste. 170 | - |
| Center for Autism & Related Disorders, LLC | Hillbrook Op1, LLC | 6930 Roosevelt Road | - |
| Center for Autism & Related Disorders, LLC | Covina Office Building LLC | 1900 W Garvey Ave. S, Suite 168 & 170 | - |
| Center for Autism & Related Disorders, LLC | Interstate Corporate Center Owner, LLC | 6325 N Center Drive, Ste. 121 | - |
| Center for Autism & Related Disorders, LLC | Canyon Springs Plaza, LP | 12125 Day Street, Suite E301 | - |
| Center for Autism & Related Disorders, LLC | Hawk Building, LLC | 8302 Espresso Drive, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Bruce Evans Property Management | 3700 W. Mineral King Ave. | - |
| Center for Autism & Related Disorders, LLC | JBP Holdings, LLC | 4200 E. Jurupa Street, Suite 308 | 929 |
| Center for Autism & Related Disorders, LLC | G&E HC REIT II Chula Vista | 865 3rd Avenue | 18,000 |
| Center for Autism & Related Disorders, LLC | Oreo Real Estate, LLC | 106 Discovery | - |
| Center for Autism & Related Disorders, LLC | CPI/AHP Temecula MOB Owner, L.L.C | 31170 Temecula Parkway, Suite 202 | 5,000 |
| Center for Autism & Related Disorders, LLC | University Research Park | 1947 Galileo Court, Suite 101 | - |
| Center for Autism & Related Disorders, LLC | JRK Business Property Holdings, LLC | 15721 N. Greenway-Hayden Loop, Suite 103 | - |
| Center for Autism & Related Disorders, LLC | Street Smart, LLC | 648 Independence Parkway | - |
| Center for Autism & Related Disorders, LLC | LUTHERAN HIGHSCHOOL ASSOCIATION OF ORANGE COUNTY | 3111 N. Tustin Ave., Suite 160 | - |
| Center for Autism & Related Disorders, LLC | Kenco Realty | 242 W Foothill Blvd. | - |
| Center for Autism & Related Disorders, LLC | 39510 Paseo Padre Associates, LP | 39510 Paseo Padre Pky, Suite 190 | - |
| Center for Autism & Related Disorders, LLC | Hanover Hoffman Estates, LLC | 2500 W. Higgins Road, Suite 870 | - |
| Center for Autism & Related Disorders, LLC | Ocean Ranch Boulevard 3605 Corp | 3605 Ocean Ranch Boulevard, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Sahara Moneyworld LLC | 8020 W Sahara Ave. #125 | - |
| Center for Autism & Related Disorders, LLC | SoCal Industrial Holdings, LLC | 1212 N San Dimas Road | - |
| Center for Autism & Related Disorders, LLC | Mt Park Professional Plaza LLC | 4350 E Ray Road | - |
| Center for Autism & Related Disorders, LLC | Atrium Business Center, LLC | 23842 Hawthorne Blvd. Suite 100, 101 & 102 | - |
| Center for Autism & Related Disorders, LLC | Cedar Street Capital IV, LLC | 1112 S. Washington St. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | Ethan Conrad Properties - Sacramento | 3840 Rosin Court | - |
| Center for Autism & Related Disorders, LLC | Charles Dunn Real Estate Services, INC | 12660 Riverside Drive, Suite- 305, 3rd floor | - |
| Center for Autism & Related Disorders, LLC | GBI Grovedale  LC | 6400 Grovedale Dr. Ste. 100 & 201 | - |
| Center for Autism & Related Disorders, LLC | Park Willow Associates, LLC | 3826 Park Avenue, Suite 102 | - |
| Center for Autism & Related Disorders, LLC | 5305-A Spine Road, LLC | 5305 Spine Road, Suite A | - |
| Center for Autism & Related Disorders, LLC | Eurus Estates II, Ltd | 9390 Research Blvd, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | North Forest Office Space- South Austin, LLC | 115 Kohlers Crossing Suite 240-250 | - |
| Center for Autism & Related Disorders, LLC | GA HC Reit II Greeley Northern Colorado MOB | 1675 18th Avenue Suite 2 | 49,917 |
| Center for Autism & Related Disorders, LLC | Teal Investment Properties IV LLC | 209 Centre Sarcelle Blvd., Suite 201 | - |
| Center for Autism & Related Disorders, LLC | J Lee, LLC | 4613 Fairfield Street | - |
| Center for Autism & Related Disorders, LLC | 126 Lane Realty LLC | 126 Library Lane | - |
| Center for Autism & Related Disorders, LLC | Albany Road- Northbrook, LLC | 140 Heimer Road, Suite 710 | - |
| Center for Autism & Related Disorders, LLC | Highway 16 Plaza, LLC | 32871 LA Highway 16 | - |
| Center for Autism & Related Disorders, LLC | HTA Pearland Cullen LLC | 2950 Cullen Pkwy., Suite 101 | - |
| Center for Autism & Related Disorders, LLC | 4861 Williams I LLC | 4861 Williams Dr. Suite 101 | - |
| Center for Autism & Related Disorders, LLC | Burger Investments FLP | 7851 South Elati St., Suite 103 | - |
| Center for Autism & Related Disorders, LLC | Healthcare GA Holdings General Partnership | 8510 Bryant Suite 360 | 68,069 |
| Center for Autism & Related Disorders, LLC | 1044 Office Park, LLC | 1044 W Drake Rd. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | HR Assets, LLC | 198 Union Blvd Ste 200 | - |
| Center for Autism & Related Disorders, LLC | ITF Allenmore Terrace Associates, LLC | 3315 S 23rd Street Suite 102 | - |
| Center for Autism & Related Disorders, LLC | Redstone Sparling LLC | 4100 194" Street S.W. | - |
| Center for Autism & Related Disorders, LLC | Carrillo Pacific, LLC | 1212 Marsh Street, Suite 1 | - |
| Center for Autism & Related Disorders, LLC | Norcal Investors Inc | 874 Plumas Street, Unit C | - |
| Center for Autism & Related Disorders, LLC | RedQ Pam Debernardi Michele Powell Andrea Schwarze | 10670 White Rock Road, Suite 150 | - |
| Center for Autism & Related Disorders, LLC | Sean McCauley Investments, Inc. | 1210 Central Blvd | - |
| Center for Autism & Related Disorders, LLC | 1910 Olimpic, LLC | 1910 Olympic Blvd., Suite 140 & 150 | - |
| Center for Autism & Related Disorders, LLC | FDC Partners Rancho LP | 7700 Imperial, Unit A | - |
| Center for Autism & Related Disorders, LLC | 600 Thimble Shoals, LLC | 600 Thimble Shoals Blvd., Suite 110 | - |
| Center for Autism & Related Disorders, LLC | 5540 West 111th Street Suite 1 | 5540 West 111th Street Suite 1 | - |