IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90709 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF FIRST AMENDED PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** on June 12, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order [Docket No. 85] (the "Disclosure Statement Order"): (a) conditionally approving the adequacy of the *Disclosure Statement for the Joint Chapter 11 Plan of Center for Autism and Related Disorders, LLC and its Debtor Affiliates* [Docket No. 17] (as may be amended, supplemented, or modified from time to time, and including all exhibits thereto, (the "Disclosure Statement"), (b) approving these solicitation procedures (the "Solicitation Procedures") with respect to confirmation of the *Joint Chapter 11 Plan of Center for Autism and Related Disorders, LLC and its Debtor Affiliates* [Docket No. 16] (as may be amended, supplemented, or modified from time to time, the "Plan"),[2] (c) approving the forms of ballot and notices in connection therewith, (d) scheduling certain dates with respect thereto, (e) extending the time by which the Debtors file Schedules and SOFAs, and (f) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT** on June 29, 2023 the above-captioned debtors and debtors-in-possession (the "Debtors") filed a *Notice of Filing of Plan Supplement* [Docket No. 155] (the "Plan Supplement"), in support of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby file this first amendment to the Plan Supplement (this "First Amended Plan Supplement"), in support of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Plan and the Disclosure Statement Order, the Debtors filed the First Amended Plan Supplement with the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order or the Plan, as applicable.

Court on July 13, 2023. The First Amended Plan Supplement is comprised of the following: (a) the Amended Assumed and Assigned Stalking Horse Bidder Executory Contracts and Unexpired Leases Schedule; and (b) the Wind-Down Budget. The Debtors shall have the right to alter, amend, modify, or supplement the documents contained in the First Amended Plan Supplement up to the Effective Date as set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the documents contained in the First Amended Plan Supplement are integral to, and are considered part of, the Plan. If the Plan is approved, the documents contained in the First Amended Plan Supplement will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** certain documents, or portions thereof, contained in the First Amended Plan Supplement remain subject to ongoing review, revision, and further negotiation among the Debtors and interested parties with respect thereto. The Debtors reserve the right to alter, amend, modify, or supplement any document in this First Amended Plan Supplement in accordance with the Plan at any time before the Effective Date of the Plan or any such other date as may be provided for by the Plan or by order of the Court; provided that if any document in this First Amended Plan Supplement is altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors will file a blackline of such document with the Court.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Court will consider the adequacy of the Disclosure Statement and Confirmation of the Plan (the "<u>Combined Hearing</u>") will commence on **<u>July 19, 2023, at 2:00 p.m.</u>**, prevailing Central Time, before the Honorable Jones, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan and Disclosure Statement is **<u>July 13, 2023, at 4:00 p.m.,</u>** prevailing Central Time (the "<u>Plan and Disclosure Statement Objection Deadline</u>"). Any objection to the Plan or Disclosure Statement *must*: (a) be in writing; (b) conform to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders of the court; (c) state, with particularity, the name and address of the objecting party and the amount and nature of the Claim or Interest beneficially owned by such entity; (d) state, with particularity, the legal and factual basis for such objections, and, if practicable, a proposed modification to the Plan or Disclosure Statement that would resolve such objections; and (e) be filed with the Court with proof of service thereof and served upon the Notice Parties so as to be actually received by the Plan and Disclosure Statement Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Debtors' proposed assumption, assumption and assignment, rejection, and/or cure amount(s) with respect to Executory Contracts and Unexpired Leases shall be **fourteen days after Filing of the Assumed Executory Contracts and Unexpired Leases Schedules and service of the Cure Notice**; *provided* that if any Executory Contract or Unexpired Lease is added to the Assumed Executory Contracts and Unexpired Leases Schedules after the Filing of the initial Assumed Executory Contracts and Unexpired Leases Schedules, or an Executory Contract or Unexpired Lease proposed to be assumed by the Debtors is proposed to be assigned to a third party after the

Filing of the initial Assumed Wind-Down Executory Contracts and Unexpired Leases Schedule, then the Cure/Assumption Objection Deadline with respect to such Executory Contract or Unexpired Lease shall be the earlier of (a) 14 days after service of the amended Assumed Executory Contracts and Unexpired Leases Schedules with such modification, and (b) the date of the scheduled Confirmation Hearing or Sale Hearing, as applicable.  For the avoidance of doubt, any Executory Contracts and Unexpired Leases proposed to be assumed and assigned pursuant to a Sale Order that is not the Confirmation Order shall be noticed in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Disclosure Statement Order, the Disclosure Statement, the Plan, the Plan Supplement, the First Amended Plan Supplement, or related documents, free of charge, you may (a) access the Debtors' restructuring website at https://cases.stretto.com/CARD; (b) write to Center for Autism and Related Disorders, LLC, *et. al.* Ballots c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, California 92602; (c) email TeamCARD@stretto.com; or (d) call the Stretto, Inc., the claims and noticing agent retained by the Debtors in these chapter 11 cases (the "<u>Claims and Noticing Agent</u>") at (855) 925-7872 (domestic, toll free) or +1 (949) 892-1668 (international).You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://ecf.txsd.uscourts.gov.

---

ARTICLE IX OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE IX.D CONTAINS A THIRD-PARTY RELEASE**.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE CLAIMS AND NOTICING AGENT.**

---

Houston, Texas
July 13, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Allyson B. Smith (admitted *pro hac vice*) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone: (212) 446-4800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 752-4221 | Email: christopher.greco@kirkland.com |
| Email: mcavenaugh@jw.com | allyson.smith@kirkland.com |
| jwertz@jw.com | |
| mstull@jw.com | |
| vargeroplos@jw.com | |

*Proposed Co-Counsel to the Debtors*  
*and Debtors-in-Possession*

*Proposed Co-Counsel to the Debtors*  
*and Debtors-in-Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**FIRST AMENDED PLAN SUPPLEMENT
FOR THE DEBTORS' JOINT CHAPTER 11 PLAN**

**TABLE OF CONTENTS**

| Exhibit | Description |
|---|---|
| B(ii) | Amended Assumed and Assigned Stalking Horse Bidder Executory Contracts and Unexpired Leases Schedule |
| D | Wind-Down Budget |

Each of the documents contained in the First Amended Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan and Restructuring Support Agreement.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

[2] Capitalized terms used but not otherwise defined in this Plan Supplement shall have the meanings ascribed to such terms in the Debtors' *Joint Chapter 11 Plan of Center for Autism and Related Disorders, LLC and its Debtor Affiliates* [Docket No. 16], as it may be amended, modified, or supplemented from time to time (the "Plan").

**Exhibit B(ii)**

**Amended Assumed and Assigned Stalking Horse
Bidder Executory Contracts and Unexpired Leases Schedule**

This **Exhibit B(ii)** contains the Amended Assumed and Assigned Stalking Horse Bidder Executory Contracts and Unexpired Leases Schedule. The list contained in this **Exhibit B(ii)** remains subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan, to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan or Restructuring Support Agreement.

Article V.A of the Plan provides that on the Effective Date, except as otherwise provided herein all Executory Contracts or Unexpired Leases will be deemed rejected by the applicable Wind-Down Debtor in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those that: (1) are identified on the Assumed Executory Contracts and Unexpired Leases Schedules; (2) have been previously assumed or rejected by the Debtors pursuant to a Final Order; (3) is the subject of a motion to assume filed on or before the Confirmation Date; (4) are to be assumed by the Debtors or assumed by the Debtors and assigned to another third party, as applicable, in connection with any sale transaction pursuant to a Sale Order that is not the Confirmation Order; (5) are a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan; or (6) is a D&O Liability Insurance Policy.

Entry of the Confirmation Order shall constitute an order of the Bankruptcy Court approving the assumptions, assumptions and assignments, or rejections of the Executory Contracts or Unexpired Leases as set forth in the Plan or the Assumed Executory Contract and Unexpired Leases Schedule, as applicable, pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Except as otherwise specifically set forth herein, assumptions or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan are effective as of the Effective Date. Each Executory Contract or Unexpired Lease assumed pursuant to the Plan or by Bankruptcy Court order but not assigned to a third party before the Effective Date shall re-vest in and be fully enforceable by the applicable contracting Wind-Down Debtor in accordance with its terms, except as such terms may have been modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption. Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by a Final Order on or after the Effective Date but may be withdrawn, settled, or otherwise prosecuted by the Wind-Down Debtors.

In this **Exhibit B(ii)**, the Debtors have proposed cure settlement amounts. The listed cure settlement amounts shall not be deemed or construed as an admission or acknowledgment by any Debtor that it has any liability for such cure except to the extent it is obligated under an assumed contract to which it is a party. The assumption of an Executory Contract or Unexpired Lease

shall include any amendment agreed to between the counterparty and the Debtors. Further, to the extent any Debtor actually pays a cure amount on behalf of another Debtor, all rights of subrogation, contribution and reimbursement are expressly reserved.

| Debtor | Counterparty | Contract Name | Cure Cost |
|---|---|---|---|
| Center for Autism & Related Disorders, LLC | Aetna - IL | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Aetna - LA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Aetna - National | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Aetna - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Aetna Medicaid - LA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Amerihealth - LA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem - ME | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - CO | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - KY | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - NV | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem BCBS Medicaid - KY | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem Healthkeepers - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Anthem Medi-CAL - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | BCBS - AZ | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | BCBS - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | BCBS - IL | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | BCBS - TX | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | BHPN - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | CareFirst - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | CenCal Health | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | CIGNA / Evernorth | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | CIGNA / Evernorth - AZ | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | CIGNA / Evernorth - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | City of Alexandria - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Colorado Medicaid - CO | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Community Health Group - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Contra Cost - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Corona-Norco Unified School District - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Culinary Health Fund - NV | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Culpeper Youth Network - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | District of Columbia OSSE - Washington D.C. | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Downey Unified School District - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Excellus BCBS - NY | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Fairfax County - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Health Net - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Healthy Blue - LA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Hemet Unified School District - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Horizon BCBS - NJ | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Humana - National | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Inland Empire - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Los Angeles Unified School District - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Loudoun County - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Louisiana Health Care Connections - LA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Magellan - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Magellan - National | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Magellan - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Mercy Care - AZ | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | MHN - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Molina - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Molina - WA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Optima Health - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Pacific Source - WA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Partnership Health Plan of California - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Premera Blue Cross - WA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Prince William County - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Prince William County Community Policy and Management - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Regence BCBS - WA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | San Juan School District - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | San Luis Coastal Unified School District - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Santa Monica Malibu Unified School District - CA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Stafford County - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Stafford County Community Policy and Management - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Tricare - National | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | UHC - AZ | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - IL | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - LA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - National | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Healthcare - WA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Healthcare Medicaid - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | VA Premier Health Plan - VA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Value Options - National | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Providence Health Plan | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Blue Cross Blue Shield Massachusetts | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Cambridge Public Schools | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | CenCal Health Plan - Medicaid | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | GT Independence | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Meritain Health | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Molina Complete Care of Virginia | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | Township High School District 214 | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | TRICARE EAST (Humana) | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | TRICARE WEST (Health Net) | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Behavioral Health - WA Medicaid / United Healthcare Community Plan of WA | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | United Healthcare - National | Payor Contract | - |
| Center for Autism & Related Disorders, LLC | El Dorado Ventures, LLC | 1200 N. El Dorado Place, Suite G700 | - |
| Center for Autism & Related Disorders, LLC | Pleiades Properties LLC | 1801 W. Warner Ave., Suite 101 | - |
| Center for Autism & Related Disorders, LLC | Spectrum Properties | 161 Butcher Rd. | - |
| Center for Autism & Related Disorders, LLC | Crescent 2400 LLC | 2400 West Dunlap Ave., Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Rozas Law Firm LLC | 758 Royal Street | - |
| Center for Autism & Related Disorders, LLC | Iron Gate Realty | 12740 Bandera Rd, Bldg 1 & 2 | - |
| Center for Autism & Related Disorders, LLC | 214-10 th Ave. Holdings LLC | 214-10 24th Ave., Unit 2 & 3 | - |
| Center for Autism & Related Disorders, LLC | Jendale Investments LLC | 7932 Summa Avenue, Suite B-2 | - |
| Center for Autism & Related Disorders, LLC | Reliance Property Management, Inc. | 12850 Jones Road #105-106 | - |
| Center for Autism & Related Disorders, LLC | JPPB Realty, LLC | 6513 Precinct Line Road | - |
| Center for Autism & Related Disorders, LLC | MPJC2, LLC c/o Fuller Group | 4101 SE 192nd Ave Suite 101 | - |

| Debtor | Counterparty | Contract Name | Cure Cost |
|---|---|---|---|
| Center for Autism & Related Disorders, LLC | A & L Properties | 10435 Greenbough Drive | - |
| Center for Autism & Related Disorders, LLC | HFK Investments, LLC | 17534 Old Jefferson Highway | - |
| Center for Autism & Related Disorders, LLC | Heyman Castle Rock | 1175 S Perry St. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | Haddad Investments, LLC | 1215 Independence Blvd. Bldg. A & B | - |
| Center for Autism & Related Disorders, LLC | Durrill Farms, LLC | 410 S Padre Island, Ste. 103 | - |
| Center for Autism & Related Disorders, LLC | 312 E 30th LLC | 314 E 30th St. Ste.314 | - |
| Center for Autism & Related Disorders, LLC | The Phoenix Limited Partnership - SEC c/o Basham Real Estate Companies | 2121 S. Blackhawk St. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | Sabrina's Property Management, LLC | 1069 Hempstead Turnpike, Unit 1 | - |
| Center for Autism & Related Disorders, LLC | NW Investments At Stockford Village LLC | 9901 NE 7th Ave., Suite C-116 | - |
| Center for Autism & Related Disorders, LLC | Rees Company, LLC | 42124 Veterans Blvd | - |
| Center for Autism & Related Disorders, LLC | MAB, LLC | 1145 and 1169 Eastern Parkway, Suite G-1111 | - |
| Center for Autism & Related Disorders, LLC | Dumpty Humpty Holdings, LLC | 1028 East Worthey Street Suite A | - |
| Center for Autism & Related Disorders, LLC | Marlin Enterprise LLC | 50 Donald B. Deane Drive. Suite B | 4,087.07 |
| Center for Autism & Related Disorders, LLC | Casa Associates | 6 N. Main Street, Suite 110 | - |
| Center for Autism & Related Disorders, LLC | Coit Medical Plaza LLC | 1708 Coit Road | - |
| Center for Autism & Related Disorders, LLC | DeSerpa Investments LLP | 333 Abbott Street | - |
| Center for Autism & Related Disorders, LLC | Stonemill Center LLC | 120 NE 136th Ave., Suite 220 | 32,645.32 |
| Center for Autism & Related Disorders, LLC | PF Portfolio 2, LP | 6030 West Oaks Blvd, Suite 170 | - |
| Center for Autism & Related Disorders, LLC | 9335 Reseda Medical LLC | 9335 Reseda Blvd., Suite 101 | - |
| Center for Autism & Related Disorders, LLC | SFERS REAL_ESTATE Corp. | 7297 Ronson Road | 537.43 |
| Center for Autism & Related Disorders, LLC | Aslan Khamo | 5750 Division Street, Suite 104 | - |
| Center for Autism & Related Disorders, LLC | Ron Assets | 1900 E. Los Angeles Ave, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Picoco, LLC | 17861 Von Karman Ave | - |
| Center for Autism & Related Disorders, LLC | Sierra Property Group, Inc | 533 E Micheltorena Street | 2,369.18 |
| Center for Autism & Related Disorders, LLC | SFS Heritage Park LLC | 12215 Telegraph Road | 375.00 |
| Center for Autism & Related Disorders, LLC | Dealer Properties LLC | 1915 Howard Rd., Suites A, B, & C | - |
| Center for Autism & Related Disorders, LLC | TEF 2274 Milwaukee LLC | 8618 W. Catalpa Ave. Suite 1106 | 2,175.03 |
| Center for Autism & Related Disorders, LLC | 334 Via Vera Cruz, LLC | 334 Via Vera Cruz, Suite 107 | - |
| Center for Autism & Related Disorders, LLC | 334 Via Vera Cruz, LLC | 334 Via Vera Cruz Suite 102 | - |
| Center for Autism & Related Disorders, LLC | Moonstone Investments, LLC | 45305 Catalina Court, Building B, Suite 101 | - |
| Center for Autism & Related Disorders, LLC | 27502 Avenue Scott, LLC | 27502 Avenue Scott, Suite A | - |
| Center for Autism & Related Disorders, LLC | AMI Management Group, LLC | 891 Kuhn Drive, Suite 110 | - |
| Center for Autism & Related Disorders, LLC | Jack Evarone | 73271 Fred Waring Dr. | - |
| Center for Autism & Related Disorders, LLC | The Dong Trust | 160 North L Street | - |
| Center for Autism & Related Disorders, LLC | Ladera UAC Office 555, 600 & 999, LLC | 600 Corporate Drive, Suite 110 | 1,118.08 |
| Center for Autism & Related Disorders, LLC | BGN Investments, LTD | 3700 S. Susan St., Suite 120 | - |
| Center for Autism & Related Disorders, LLC | Green Hawk, LLC | 1304 E Main Street Suite 100 | 269.86 |
| Center for Autism & Related Disorders, LLC | 9005-9089 South Pecos Road, LLC | 9089 S Pecos Rd Suite 3600 | 1,640.00 |
| Center for Autism & Related Disorders, LLC | Omninet LACC, LLC | 1000 Corporate Center Drive, Suite 120 | - |
| Center for Autism & Related Disorders, LLC | Haicenda Property LP | 732 East Carnegie Drive | - |
| Center for Autism & Related Disorders, LLC | JCM Farming, Inc. | 912 W Chandler Boulevard | - |
| Center for Autism & Related Disorders, LLC | Little San Juan Ranch Arizona, LLC | 5656 S Power Road, Building C | - |
| Center for Autism & Related Disorders, LLC | Ethan Conrad Properties - C.Heights | 6939 Sunrise Blvd, Suite 107 | - |
| Center for Autism & Related Disorders, LLC | dba 1800 Alexander Bell LLC | 1800 Alexander Bell Drive, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Shaw Blythe LP | 5168 N Blythe Avenue Suite 102, 103 | - |
| Center for Autism & Related Disorders, LLC | Parkway East, LLC | 14059 Crown Court | - |
| Center for Autism & Related Disorders, LLC | XYZ Properties, LLC | 634 N Main St., Suite 4 | - |
| Center for Autism & Related Disorders, LLC | Bradley Land Company | 1420 Shaw Avenue, Suite 105 | - |
| Center for Autism & Related Disorders, LLC | Aquia Park LLC | 2761 Jefferson Davis Hwy, Suites 105, 107, 109 | - |
| Center for Autism & Related Disorders, LLC | WHITESTONE TOWNE CENTER LLC | 4050 S. Arizona Ave, Suite L-1 Chandler, AZ 85248 | - |
| Center for Autism & Related Disorders, LLC | Rexco Norco, LLC | 1771 Third Street, Suite 101 | - |
| Center for Autism & Related Disorders, LLC | RR Properties II, LLC | 5252 Orange Ave., Suite 109. | - |
| Center for Autism & Related Disorders, LLC | 27990 Sherman Road Partners LLC | 27990 Sherman Avenue | - |
| Center for Autism & Related Disorders, LLC | Merritt Properties, LLC. | 46040 Center Oak Plaza | - |
| Center for Autism & Related Disorders, LLC | Hyde Park Commercial c/o Justin Miller Trustee | 4141 N Henderson Road, Suite 8 | - |
| Center for Autism & Related Disorders, LLC | Robert and Geraldine Campbell Revocable Trust | 2400 Professional Parkway, Suite 150 | - |
| Center for Autism & Related Disorders, LLC | CIA Huntington LLC | 2560 Huntington Avenue, Suite 104 | - |
| Center for Autism & Related Disorders, LLC | AP-Cityview LLC | 12399 Lewis Street, Suite 101 & 202 | 16,447.58 |
| Center for Autism & Related Disorders, LLC | GS Medical Plaza, LLC | 393 Blossom Hill Road Suite 201 | - |
| Center for Autism & Related Disorders, LLC | Satkar Investments, LLC | 2044 N. Recker Rd. | - |
| Center for Autism & Related Disorders, LLC | M&S Investments LP | 2366 Maritime Drive | - |
| Center for Autism & Related Disorders, LLC | Quail Ridge Executive Illinois Realty LP | 740 Quail Ridge Drive, Building D | - |
| Center for Autism & Related Disorders, LLC | Pacific Income Properties, LLC | 8770 N Thornydale Rd. Ste. 170 | - |
| Center for Autism & Related Disorders, LLC | Hillbrook Op1, LLC | 6930 Roosevelt Road | - |
| Center for Autism & Related Disorders, LLC | Covina Office Building LLC | 1900 W Garvey Ave. S, Suite 168 & 170 | - |
| Center for Autism & Related Disorders, LLC | Interstate Corporate Center Owner, LLC | 6325 N Center Drive, Ste. 121 | - |
| Center for Autism & Related Disorders, LLC | Canyon Springs Plaza, LP | 12125 Day Street, Suite E301 | - |
| Center for Autism & Related Disorders, LLC | Hawk Building, LLC | 8302 Espresso Drive, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Bruce Evans Property Management | 3700 W. Mineral King Ave. | - |
| Center for Autism & Related Disorders, LLC | JBP Holdings, LLC | 4200 E. Jurupa Street, Suite 308 | 928.50 |
| Center for Autism & Related Disorders, LLC | G&E HC REIT II Chula Vista | 865 3rd Avenue | 7,330.11 |
| Center for Autism & Related Disorders, LLC | Oreo Real Estate, LLC | 106 Discovery | - |
| Center for Autism & Related Disorders, LLC | CPI/AHP Temecula MOB Owner, L.L.C | 31170 Temecula Parkway, Suite 202 | 5,000.00 |
| Center for Autism & Related Disorders, LLC | University Research Park | 1947 Galileo Court, Suite 101 | 3,524.11 |
| Center for Autism & Related Disorders, LLC | JRK Business Property Holdings, LLC | 15721 N. Greenway-Hayden Loop, Suite 103 | - |
| Center for Autism & Related Disorders, LLC | Street Smart, LLC | 648 Independence Parkway | - |
| Center for Autism & Related Disorders, LLC | LUTHERAN HIGHSCHOOL ASSOCIATION OF ORANGE COUNTY | 3111 N. Tustin Ave., Suite 160 | - |
| Center for Autism & Related Disorders, LLC | Kenco Realty | 242 W Foothill Blvd. | - |
| Center for Autism & Related Disorders, LLC | 39510 Paseo Padre Associates, LP | 39510 Paseo Padre Pky, Suite 190 | - |
| Center for Autism & Related Disorders, LLC | Hanover Hoffman Estates, LLC | 2500 W. Higgins Road, Suite 870 | - |
| Center for Autism & Related Disorders, LLC | Ocean Ranch Boulevard 3605 Corp | 3605 Ocean Ranch Boulevard, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | Sahara Moneyworld LLC | 8020 W Sahara Ave. #125 | - |
| Center for Autism & Related Disorders, LLC | SoCal Industrial Holdings, LLC | 1212 N San Dimas Road | - |
| Center for Autism & Related Disorders, LLC | Mt Park Professional Plaza LLC | 4350 E Ray Road | - |
| Center for Autism & Related Disorders, LLC | Atrium Business Center, LLC | 23842 Hawthorne Blvd. Suite 100, 101 & 102 | - |
| Center for Autism & Related Disorders, LLC | Cedar Street Capital IV, LLC | 1112 S. Washington St. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | Ethan Conrad Properties - Sacramento | 3840 Rosin Court | - |
| Center for Autism & Related Disorders, LLC | Charles Dunn Real Estate Services, INC | 12660 Riverside Drive, Suite- 305, 3rd floor | - |
| Center for Autism & Related Disorders, LLC | GBI Grovedale  LC | 6400 Grovedale Dr. Ste. 100 & 201 | - |
| Center for Autism & Related Disorders, LLC | Park Willow Associates, LLC | 3826 Park Avenue, Suite 102 | - |
| Center for Autism & Related Disorders, LLC | 5305-A Spine Road, LLC | 5305 Spine Road, Suite A | 777.12 |
| Center for Autism & Related Disorders, LLC | Eurus Estates II, Ltd | 9390 Research Blvd, Suite 100 | - |
| Center for Autism & Related Disorders, LLC | North Forest Office Space- South Austin, LLC | 115 Kohlers Crossing Suite 240-250 | - |
| Center for Autism & Related Disorders, LLC | GA HC Reit II Greeley Northern Colorado MOB | 1675 18th Avenue Suite 2 | 50,314.89 |
| Center for Autism & Related Disorders, LLC | Teal Investment Properties IV LLC | 209 Centre Sarcelle Blvd., Suite 201 | - |
| Center for Autism & Related Disorders, LLC | J Lee, LLC | 4613 Fairfield Street | - |
| Center for Autism & Related Disorders, LLC | 126 Lane Realty LLC | 126 Library Lane | - |

| Debtor | Counterparty | Contract Name | Cure Cost |
|---|---|---|---|
| Center for Autism & Related Disorders, LLC | Albany Road- Northbrook, LLC | 140 Heimer Road, Suite 710 | - |
| Center for Autism & Related Disorders, LLC | Highway 16 Plaza, LLC | 32871 LA Highway 16 | - |
| Center for Autism & Related Disorders, LLC | HTA Pearland Cullen LLC | 2950 Cullen Pkwy., Suite 101 | - |
| Center for Autism & Related Disorders, LLC | 4861 Williams I LLC | 4861 Williams Dr. Suite 101 | - |
| Center for Autism & Related Disorders, LLC | Burger Investments FLP | 7851 South Elati St., Suite 103 | - |
| Center for Autism & Related Disorders, LLC | Healthcare GA Holdings General Partnership | 8510 Bryant Suite 360 | 68,556.95 |
| Center for Autism & Related Disorders, LLC | 1044 Office Park, LLC | 1044 W Drake Rd. Ste. 100 | - |
| Center for Autism & Related Disorders, LLC | HR Assets, LLC | 198 Union Blvd Ste 200 | - |
| Center for Autism & Related Disorders, LLC | ITF Allenmore Terrace Associates, LLC | 3315 S 23rd Street Suite 102 | - |
| Center for Autism & Related Disorders, LLC | Redstone Sparling LLC | 4100 194" Street S.W. | - |
| Center for Autism & Related Disorders, LLC | Carrillo Pacific, LLC | 1212 Marsh Street, Suite 1 | - |
| Center for Autism & Related Disorders, LLC | Norcal Investors Inc | 874 Plumas Street, Unit C | - |
| Center for Autism & Related Disorders, LLC | RedQ Pam Debernardi Michele Powell Andrea Schwarze | 10670 White Rock Road, Suite 150 | - |
| Center for Autism & Related Disorders, LLC | Sean McCauley Investments, Inc. | 1210 Central Blvd | - |
| Center for Autism & Related Disorders, LLC | 1910 Olimpic, LLC | 1910 Olympic Blvd., Suite 140 & 150 | - |
| Center for Autism & Related Disorders, LLC | FDC Partners Rancho LP | 7700 Imperial, Unit A | - |
| Center for Autism & Related Disorders, LLC | 600 Thimble Shoals, LLC | 600 Thimble Shoals Blvd., Suite 110 | - |
| Center for Autism & Related Disorders, LLC | 5540 West 111th Street Suite 1 | 5540 West 111th Street Suite 1 | - |

**Exhibit D**

**Wind-Down Budget**

This **Exhibit D** and the First Amended Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights to amend, revise, or supplement the First Amended Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Court. Each of the documents contained in the First Amended Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan or Restructuring Support Agreement.

**CARD | Preliminary Wind Down Budget**

| Item | Stalking Horse | Commentary |
|---|---|---|
| Plan Administration | $ 500,000 | Funds for administration of plan and wind down |
| Counsel Fees | 500,000 | Reserve for legal fees associated with wind down |
| Ordinary Course Professionals & Expenses | 500,000 | Comprised of taxes, D&O insurance and other ordinary course expenses to be incurred in the wind down period |
| Wind Down Reserve | 1,805,000 | Reserve for transition services payments to employees as part of wind down efforts |
| Other | 200,000 | Other potential costs that may arise throughout the wind down period |
| **Total Wind Down Reserve[1]** | **$ 3,505,000** | |

*1. Amounts included in wind down reserve are subject to further refinement*