IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sharon Lee, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Reset Hearing** (Docket No. 222)

- **Declaration of Angela Tsai on Behalf of Stretto Regarding Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Center for Autism and Related Disorders, LLC and Its Debtor Affiliates** (Docket No. 223)

Furthermore, on July 18, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Reset Hearing** (Docket No. 222)

Dated: July 20, 2023

*/s/ Sharon Lee*
Sharon Lee
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
855.925.7872
TeamCARD@stretto.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

# **<u>Exhibit A</u>**



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 1100 H Street, LLC | Attn: Theodore Vogel, Director of Leasing | 1054 31st St NW | Suite 1000 | | Washington | DC | 20007 | |
| 8700 Creekside, LLC | Attn: Amy Einstein, Director of Asset Management | 2233 NW 23rd Ave #100 | | | Portland | OR | 97210 | |
| Abacus Technical Services LLC | Attn: Steve Gunner, Chief Executive Officer | 7800 Dallas Pkwy | Suite 300 | | Plano | TX | 75024 | |
| Alight Solutions LLC | | 4 Overlook Point #4OP | | | Lincolnshire | IL | 60069 | |
| Alight Solutions LLC | | PO Box 95135 | | | Chicago | IL | 60694 | |
| AmeriHealth Caritas Louisiana, Inc. | c/o Saul Ewing LLP | Attn: Jorge Garcia, Esq. | 701 Brickell Ave | Suite 1700 | Miami | FL | 33131 | |
| AP Concord 575 Owner LLC | | 93 Summer St | 2nd Floor | | Boston | MA | 2110 | |
| Ares Capital Corporation, as DIP Agent and DIP Lender | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. Davidson II, Ashley L. Harper, & Philip M. Guffy | 600 Travis St | Suite 4200 | Houston | TX | 77002 | |
| Ares Capital Corporation, as DIP Agent and DIP Lender | c/o Latham & Watkins LLP | Attn: James Ktsanes & Asif Attarwala | 330 N Wabash Ave | Suite 2800 | Chicago | IL | 60611 | |
| Ares Capital Corporation, as DIP Agent and DIP Lender | c/o Latham & Watkins LLP | Attn: Nacif Taousse | 1271 Avenue of the Americas | | New York | NY | 10020 | |
| Arizona Office of the Attorney General | | 2005 N Central Ave | | | Phoenix | AZ | 85004 | |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St | Suite 2200 | San Antonio | TX | 78205 | |
| California Office of the Attorney General | | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| CARD Holdings, LLC | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Cameron M. Kelly, Esq. | 711 Louisiana St | Suite 500 | Houston | TX | 77002 | |
| CARD Holdings, LLC | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: James C. Tecce, Esq. & Kate Scherling, Esq. | 51 Madison Ave | 22nd Floor | New York | NY | 10010 | |
| Cardinal Buyer, LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Jacob A. Adlerstein, Brian Bolin, & Jessica Choi | 1285 Avenue of the Americas | | New York | NY | 10019 | |
| Cardinal Buyer, LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, & Megan N. Young-John | 1000 Main St | 36th Floor | Houston | TX | 77002 | |
| Cloudreach Inc. | | 330 North Wabash | 23rd Floor | | Chicago | IL | 60611 | |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M. Lopez, Larry R. Boyd, & Emily M. Hahn | 1700 Redbud Blvd | Suite 300 | McKinney | TX | 75069 | |
| Colorado Office of the Attorney General | | Ralph L Carr Judicial Building | 1300 Broadway | 10th Floor | Denver | CO | 80203 | |
| Connecticut Office of the Attorney General | | 55 Elm St | | | Hartford | CT | 06106 | |
| Contra Costa Health Plan - Medicaid | Attn: Sharron Mackey, CEO, Contra Costa Health Plan | 595 Center Ave | Suite 100 | | Martinez | CA | 94553 | |
| Coverall North America | | 2955 Momentum Place | | | Chicago | IL | 60689 | |
| Cranbrook Realty Investment Fund, LP | Attn: Legal Department | 4701 Sisk Rd | Suite 101 | | Modesto | CA | 95356 | |
| Cypress-Fairbanks ISD, Fort Bend County, & Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| Delaware Department Of Justice | | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 | |
| District Of Columbia Office of the Attorney General | | 441 4th St NW | Suite 1100S | | Washington | DC | 20001 | |
| Douglas Emmett 2000, LLC | | 21800 Oxnard St | Suite 1000 | | Woodland Hills | CA | 91367 | |
| Felix Continental, LLC | | 1219 Lomita Blvd | Suite 208 | | Harbor City | CA | 90710 | |
| Florida Office of the Attorney General | | The Capitol Pl-01 | | | Tallahassee | FL | 32399 | |
| Fort Bend Co WCID # 02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 | |
| G&C Mansell Investors, LLC | | 1499 W Palmetto Park Rd | Suite 415 | | Boca Raton | FL | 33486 | |
| Georgia Office of the Attorney General | | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 | |
| Granite Telecommunications, LLC | | 100 Newport Ave Ext | | | Quincy | MA | 02171 | |
| Granite Telecommunications, LLC | | PO Box 983119 | | | Boston | MA | 02298-3119 | |
| Hawaii Office of the Attorney General | | 425 Queen Street | | | Honolulu | HI | 96813 | |
| Hays CISD Nueces County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 | |
| Healthcare Realty Services Incorporated, HR of California, Inc., HTA - Pearland Cullen, LLC, and HR Assets, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Susan C. Mathews | 1301 McKinney Street | Suite 3700 | Houston | TX | 77010 | |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)

Page 1 of 3



# Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Hemet Unified School District | c/o Ross, Banks, May, Cron & Cavin, P.C. | Attn: John Mayer | 7700 San Felipe, Suite 550 | | Houston | TX | 77063 | |
| Hireright LLC | | 100 Centerview Dr | Suite 300 | | Nashville | TN | 37214-3455 | |
| Hireright LLC | | PO Box 847891 | | | Dallas | TX | 75284 | |
| Humane Business Intelligence Technology Solutions Pvt Ltd | | Lower Ground Floor, Block 1B, Quadron Business Park, Plot No. 28 | Rajiv Gandhi Infotech Park, Hinjewadi Ph II | | Pune Maharashtra | | 411057 | India |
| Illinois Office of the Attorney General | | James R Thompson Center | 100 W Randolph St | | Chicago | IL | 62706 | |
| Indiana Office of the Attorney General | | Indiana Government Center South | 302 W Washington St | 5th Floor | Indianapolis | IN | 46204 | |
| Internal Revenue Service | | Department of the Treasury | | | Ogden | UT | 84201-0045 | |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104-50 | |
| Internal Revenue Service | Houston Department | 1919 Smith St | | | Houston | TX | 77002 | |
| Jones Lang Lasalle Americas Inc | | 200 E Randolph Dr | 43rd Floor | | Chicago | IL | 60601 | |
| Kentucky Office of the Attorney General | | Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | |
| Kern County Treasurer and Tax Collector | c/o Bankruptcy Department | Attn: Rachel Medrano | PO Box 579 | | Bakersfield | CA | 93302-0579 | |
| Locke Lord LLP | Attn: David S. Kupetz & Sean Feener | 300 S Grand Ave | Suite 2600 | | Los Angeles | CA | 90071 | |
| Louisiana Office of the Attorney General | | 1885 N Third St | | | Baton Rouge | LA | 70802 | |
| Maine Office of the Attorney General | | 6 State House Station | | | Augusta | ME | 04333 | |
| Marin Simgo, LLC | | 4607 Lakeview Canyon Rd | Suite 658 | | Westlake Village | CA | 91361 | |
| Massachusetts Office of the Attorney General | | 1 Ashburton Place | 20th Floor | | Boston | MA | 02108 | |
| MasterCorp Commercial Services | | 3745 S Las Vegas Blvd | | | Las Vegas | NV | 89109 | |
| MasterCorp Commercial Services | Attn: Legal Department | PO Box 80913 | | | Phoenix | AZ | 85060 | |
| Minnesota Office of the Attorney General | | 445 Minnesota St | Suite 1400 | | St. Paul | MN | 55101 | |
| Mississippi Office of the Attorney General | | Walter Sillers Building | 550 High St | Suite 1200 | Jackson | MS | 39201 | |
| Missouri Office of the Attorney General | | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 | |
| Mitel Networks, Inc. | | 1146 N Alma School Rd | | | Mesa | AZ | 85201 | |
| Mitel Networks, Inc. | c/o Bell Nunnally & Martin, LLP | Attn: Russell W. Mills, Esq. & J. Reid Burley, Esq. | 2323 Ross Ave | Suite 1900 | Dallas | TX | 75201 | |
| National Association of Attorneys General | Attn: Karen Cordry | 1850 M Street NW | 12th Floor | | Washington | DC | 20036 | |
| Nebraska Office of the Attorney General | | 2115 State Capitol | | | Lincoln | NE | 68509 | |
| Nevada Office of the Attorney General | | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | |
| New Hampshire Office of the Attorney General | NH Department Of Justice | 33 Capitol St | | | Concord | NH | 03301 | |
| New Jersey Office of the Attorney General | | Richard J Hughes Justice Complex | 25 Market St 8th Floor | West Wing | Trenton | NJ | 08611 | |
| New Mexico Office of the Attorney General | | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York Office of the Attorney General | | The Capitol | 2nd Floor | | Albany | NY | 12224 | |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Jana Smith Whitworth | 515 Rusk St | Suite 3516 | | Houston | TX | 77002 | |
| Oklahoma Office of the Attorney General | | 313 NE 21St St | | | Oklahoma City | OK | 73105 | |
| Omninet Hamilton, LP | | 9420 Wilshire Blvd | 4th Floor | | Beverly Hills | CA | 90212 | |
| Oregon Office of the Attorney General | | 1162 Court St NE | | | Salem | OR | 97301 | |
| Pantogran LLC | Attn: Dr. Doreen Granpeesheh & Sangam Pant | 1445 Glenneyre St | Unit A | | Laguna Beach | CA | 92651 | |
| Pantogran LLC | c/o Locke Lord LLP | Attn: David S. Kupetz | 300 S Grand Ave | Suite 2600 | Los Angeles | CA | 90071 | |
| Pantogran LLC | c/o Locke Lord LLP | Attn: Sean A. Feener | Brookfield Place | 200 Vesey St, 20th Floor | New York | NY | 10281-2101 | |
| Pantogran LLC | c/o Locke Lord LLP | Attn: Simon R. Mayer | JPMorgan Chase Tower | 600 Travis St 2800 | Houston | TX | 77002 | |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Jacob A. Adlerstein, Brian Bolin | 1285 Avenue of the Americas | | | New York | NY | 10019 | |
| Pennsylvania Office of the Attorney General | | Strawberry Square 16th Floor | | | Harrisburg | PA | 17120 | |
| Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D. Reece | 1919 S Shiloh Rd | Suite 640 LB 40 | Garland | TX | 75042 | |
| Pricewaterhousecoopers LLP | | 300 Madison Ave | | | New York | NY | 10017-6232 | |
| Pricewaterhousecoopers LLP | | PO Box 952282 | | | Dallas | TX | 75395-2282 | |
| Rhode Island Office of the Attorney General | | 150 S Main St | | | Providence | RI | 02903 | |
| ServiceChannel | Attn: Brian Chase, General Counsel | 6200 Stoneridge Mall Rd | Suite 450 | | Pleasanton | CA | 94588 | |
| SHI International Corp. | | 290 Davidson Ave | | | Somerset | NJ | 8873 | |
| Singerlewak, LLP | | 10960 Wilshire Blvd | Suite 1100 | | Los Angeles | CA | 90024 | |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Singerlewak, LLP | | PO Box 80602 | | | City of Industry | CA | 91716 | |
| South Carolina Office of the Attorney General | | Rembert C Dennis Bldg | 1000 Assembly St | Room 519 | Columbia | SC | 29201 | |
| Southern District of Texas United States Attorneys Office | Attn: Jennifer Lowery | 1000 Louisiana St | Suite 2300 | | Houston | TX | 77002 | |
| Staples Technology Solutions | | 1096 E Newport Center Dr | | | Deerfield Beach | FL | 33442 | |
| Staples Technology Solutions | | PO Box 95230 | | | Chicago | IL | 60694-5230 | |
| Staples Advantage | | 1301 Ridgeview Dr #100 | | | Lewisville | TX | 75057 | |
| Staples Advantage | | Dept LA 1368 | PO Box 660409 | | Dallas | TX | 75266-0409 | |
| Tarrant County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | 2777 N Stemmons Fwy | Suite 1000 | Dallas | TX | 75207 | |
| Tax Appraisal District of Bell County The County of Hays, Texas The County of Williamson, Texas | c/o McCreary, Veselka, Bragg & Allen, PC | Attn: Julie Anne Parsons | PO Box 1269 | | Round Rock | TX | 78680 | |
| Texas Office of the Attorney General | | 300 W 15th St | | | Austin | TX | 78701 | |
| Texas Office of the Attorney General | | PO Box 12548 | | | Austin | TX | 78711-2548 | |
| The Siegfried Group, LLP | | 1201 N Market St | Suite 700 | | Wilmington | DE | 19801 | |
| Travis County | Attn:  Jason A. Starks, Assistant Travis County Attorney | PO Box 1748 | | | Austin | TX | 78767 | |
| Unlimited Technology Systems, LLC | | 9280 Montgomery Rd | Suite 200 | | Cincinnati | OH | 45242 | |
| Unlimited Technology Systems, LLC | | Box Number 1426 | | | Middletown | OH | 45044 | |
| Unlimited Technology Systems, LLC | c/o Keating Muething & Klekamp PLL | Attn: Jason V. Stitt | One E Fourth St | Suite 1400 | Cincinnati | OH | 45202 | |
| Vermont Office of the Attorney General | | 109 State St | | | Montpelier | VT | 05609 | |
| Virginia Office of the Attorney General | | 202 N Ninth St | | | Richmond | VA | 23219 | |
| VWI Revenue Cycle Management, Inc. | | 2211 Fruitville Road | | | Sarasota | FL | 34237 | |
| VWI Revenue Cycle Management, Inc. | | PO Box 4155 | | | Sarasota | FL | 34230 | |
| Washington Office of the Attorney General | | 1125 Washington St SE | | | Olympia | WA | 98501 | |
| Washington Office of the Attorney General | | PO Box 40100 | | | Olympia | WA | 98504-00 | |
| Wisconsin Office of the Attorney General | | 17 W Main St | Room 114 East P | | Madison | WI | 53702 | |
| Workday, Inc. | Erin Anderegg | 6110 Stoneridge Mall Rd | | | Pleasanton | CA | 94588 | |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)

Page 3 of 3

# **Exhibit B**



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1100 H Street, LLC | Attn: Theodore Vogel, Director of Leasing | | cherring@rbpropertiesinc.com |
| 8700 Creekside, LLC | Attn: Amy Einstein, Director of Asset Management | | amye@edgedevelop.com<br>liz@edgedevelop.com |
| Abacus Technical Services LLC | Attn: Steve Gunner, Chief Executive Officer | | accounting@abacustechnical.com |
| Alight Solutions LLC | | | carlos.rodriguez.3@alight.com |
| Alight Solutions LLC | | | carlos.rodriguez.3@alight.com |
| AmeriHealth Caritas Louisiana, Inc. | c/o Saul Ewing LLP | Attn: Jorge Garcia, Esq. | jorge.garcia@saul.com |
| Ares Capital Corporation, as DIP Agent and DIP Lender | c/o Hunton Andrews Kurth LLP | Attn: Timothy A. Davidson II, Ashley L. Harper, & Philip M. Guffy | taddavidson@huntonak.com<br>ashleyharper@huntonak.com<br>pguffy@huntonak.com |
| Ares Capital Corporation, as DIP Agent and DIP Lender | c/o Latham & Watkins LLP | Attn: James Ktsanes & Asif Attarwala | james.ktsanes@lw.com<br>asif.attarwala@lw.com |
| Ares Capital Corporation, as DIP Agent and DIP Lender | c/o Latham & Watkins LLP | Attn: Nacif Taousse | nacif.taousse@lw.com |
| Arizona Office of the Attorney General | | | aginfo@azag.gov |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| California Office of the Attorney General | | | xavier.becerra@doj.ca.gov |
| CARD Holdings, LLC | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Cameron M. Kelly, Esq. | cameronkelly@quinnemanuel.com |
| CARD Holdings, LLC | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: James C. Tecce, Esq. & Kate Scherling, Esq. | jamestecce@quinnemanuel.com<br>katescherling@quinnemanuel.com |
| Cardinal Buyer, LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Jacob A. Adlerstein, Brian Bolin, & Jessica Choi | pbasta@paulweiss.com<br>jadlerstein@paulweiss.com<br>bbolin@paulweiss.com<br>jchoi@paulweiss.com |
| Cardinal Buyer, LLC | c/o Porter Hedges LLP | Attn: John F. Higgins, M. Shane Johnson, & Megan N. Young-John | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br>emoreland@porterhedges.com<br>eliana-garfias-8561@ecf.pacerpro.com |
| Cloudreach Inc. | | | credit.control@cloudreach.com |
| Collin County Tax Assessor/Collector | c/o Abernathy, Roeder, Boyd & Hullett, PC | Attn: Paul M. Lopez, Larry R. Boyd, & Emily M. Hahn | plopez@abernathy-law.com<br>lboyd@abernathy-law.com<br>ehahn@abernathy-law.com<br>bankruptcy@abernathy-law.com |
| Colorado Office of the Attorney General | | | dor_tac_bankruptcy@state.co.us |
| Connecticut Office of the Attorney General | | | attorney.general@ct.gov |
| Contra Costa Health Plan - Medicaid | Attn: Sharron Mackey, CEO, Contra Costa Health Plan | | providerrelations@cchealth.org |
| Coverall North America | | | confirmations@coverall.com |
| Cypress-Fairbanks ISD, Fort Bend County, & Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Delaware Department Of Justice | | | attorney.general@state.de.us |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)

Page 1 of 3



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| District Of Columbia Office of the Attorney General | | | oag@dc.gov |
| Douglas Emmett 2000, LLC | | | davalos@douglasemmett.com |
| Felix Continental, LLC | | | reese.j@felixca.com |
| Florida Office of the Attorney General | | | ashley.moody@myfloridalegal.com |
| Fort Bend Co WCID # 02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Granite Telecommunications, LLC | | | paymentcenter@granitenet.com |
| Hawaii Office of the Attorney General | | | hawaiiag@hawaii.gov |
| Hays CISD Nueces County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Healthcare Realty Services Incorporated, HR of California, Inc., HTA - Pearland Cullen, LLC, and HR Assets, LLC | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Susan C. Mathews | smathews@bakerdonelson.com |
| Hemet Unified School District | c/o Ross, Banks, May, Cron & Cavin, P.C. | Attn: John Mayer | jmayer@rossbanks.com |
| Hireright LLC | | | billing@hireright.com |
| Hireright LLC | | | billing@hireright.com |
| Humane Business Intelligence Technology Solutions Pvt Ltd | | | neelam@humanebits.com |
| Illinois Office of the Attorney General | | | info@lisamadigan.org |
| Internal Revenue Service | | | elizabeth.a.mason@irs.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | | sbse.insolvency.balt@irs.gov |
| Jones Lang Lasalle Americas Inc | | | corpar.servcent@amjll.zendesk<br>jared.smith@am.jll.com |
| Kentucky Office of the Attorney General | | | kyoagor@ky.gov |
| Kern County Treasurer and Tax Collector | c/o Bankruptcy Department | Attn: Rachel Medrano | bankruptcy@kerncounty.com |
| Locke Lord LLP | Attn: David S. Kupetz & Sean Feener | | david.kupetz@lockelord.com<br>sean.feener@lockelord.com |
| Louisiana Office of the Attorney General | | | constituentservices@ag.louisiana.gov |
| Marin Simgo, LLC | | | accounting@simgo18.com<br>adrian@simgo18.com |
| Massachusetts Office of the Attorney General | | | ago@state.ma.us |
| Minnesota Office of the Attorney General | | | attorney.general@ag.state.mn.us |
| Missouri Office of the Attorney General | | | consumer.help@ago.mo.gov |
| Mitel Networks, Inc. | | | cashapp@mitel.com |
| Mitel Networks, Inc. | c/o Bell Nunnally & Martin, LLP | Attn: Russell W. Mills, Esq. & J. Reid Burley, Esq. | rmills@bellnunnally.com<br>rburley@bellnunnally.com<br>hpetrea@bellnunnally.com |
| National Association of Attorneys General | Attn: Karen Cordry | | kcordry@naag.org |
| New Hampshire Office of the Attorney General | NH Department Of Justice | | attorneygeneral@doj.nh.gov |
| New Mexico Office of the Attorney General | | | hbalderas@nmag.gov |
| Office of the U.S. Trustee for the Southern District of Texas | Attn: Jana Smith Whitworth | | jana.whitworth@usdoj.gov<br>ustpregion07.hu.ecf@usdoj.gov |
| Oklahoma Office of the Attorney General | | | questions@oag.ok.gov |
| Omninet Hamilton, LP | | | albertk@omninet.com |
| Oregon Office of the Attorney General | | | ellen.rosenblum@dog.state.or.us |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)

Page 2 of 3



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Pantogran LLC | Attn: Dr. Doreen Granpeesheh & Sangam Pant | | drgranpeesheh@gmail.com<br>sangampant@gmail.com |
| Pantogran LLC | c/o Locke Lord LLP | Attn: David S. Kupetz | david.kupetz@lockelord.com |
| Pantogran LLC | c/o Locke Lord LLP | Attn: Sean A. Feener | sean.feener@lockelord.com |
| Pantogran LLC | c/o Locke Lord LLP | Attn: Simon R. Mayer | simon.mayer@lockelord.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Jacob A. Adlerstein, Brian Bolin | | pbasta@paulweiss.com<br>jadlerstein@paulweiss.com<br>bbolin@paulweiss.com |
| Plano ISD, Frisco ISD | c/o Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Linda D. Reece | lreece@pbfcm.com |
| Pricewaterhousecoopers LLP | | | david.stainback@pwc.com |
| Pricewaterhousecoopers LLP | | | david.stainback@pwc.com |
| ServiceChannel | Attn: Brian Chase, General Counsel | | ar@servicechannel.com |
| SHI International Corp. | | | joshua_rosario@shi.com |
| Singerlewak, LLP | | | dcanales@singerlewak.com |
| Singerlewak, LLP | | | dcanales@singerlewak.com |
| Southern District of Texas United States Attorneys Office | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov<br>usatxs.bankruptcy-ecf@usdoj.gov |
| Staples Technology Solutions | | | icgs.accounting@staples.com<br>maria.barreto@staples.com |
| Staples Technology Solutions | | | icgs.accounting@staples.com<br>maria.barreto@staples.com |
| Staples Advantage | | | arremittance@staples.com |
| Staples Advantage | | | arremittance@staples.com |
| Tarrant County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: John Kendrick Turner | john.turner@lgbs.com<br>dora.casiano-perez@lgbs.com<br>dallas.bankruptcy@lgbs.com |
| Tax Appraisal District of Bell County The County of Hays, Texas The County of Williamson, Texas | c/o McCreary, Veselka, Bragg & Allen, PC | Attn: Julie Anne Parsons | jparsons@mvbalaw.com |
| Texas Office of the Attorney General | | | bankruptcytax@oag.texas.gov |
| The Siegfried Group, LLP | | | dpatterson@siegfriedgroup.com |
| Travis County | Attn: Jason A. Starks, Assistant Travis County Attorney | | jason.starks@traviscountytx.gov |
| Unlimited Technology Systems, LLC | | | ar@unlimitedsystems.com |
| Unlimited Technology Systems, LLC | | | ar@unlimitedsystems.com |
| Unlimited Technology Systems, LLC | c/o Keating Muething & Klekamp PLL | Attn: Jason V. Stitt | jstitt@kmklaw.com |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Virginia Office of the Attorney General | | | mail@oag.state.va.us |
| VWI Revenue Cycle Management, Inc. | | | keyshla.treasury@vwinc.com |
| VWI Revenue Cycle Management, Inc. | | | keyshla.treasury@vwinc.com |
| Workday, Inc. | Erin Anderegg | | erin.anderegg@workday.com |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)

Page 3 of 3

# **Exhibit C**



## Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| City National Bank | Attn: Katie Sandoval & Carlos Recavarren | 15260 Ventura Blvd | 16th Floor | Sherman Oaks | CA | 91403 |
| J.P. Morgan Private Bank | Attn: Jonathan Shaw | 8501 N Scottsdale Rd | Suite 240 | Scottsdale | AZ | 85253 |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| City National Bank | Attn: Katie Sandoval & Carlos Recavarren | katie.sandoval1@cnb.com<br>Carlos.Recavarren@cnb.com |
| J.P. Morgan Private Bank | Attn: Jonathan Shaw | pb.service6248@jpmorgan.com |

In re: Center for Autism and Related Disorders, LLC, et al.
Case No. 23-90709 (DRJ)

Page 1 of 1