IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CENTER FOR AUTISM AND RELATED DISORDERS, LLC, *et al.*,[1] | ) ) ) ) | Case No. 23-90709 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDER AND BACKUP
BIDDER WITH RESPECT TO THE AUCTION OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE** that on June 12, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors" or "CARD") filed the *Debtors' Emergency Motion For Entry of an Order (I) Approving the Bidding Procedures, (II) Approving Bid Protections, (III) Scheduling Certain Dates With Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Debtors to Enter Into Definitive Purchase Agreements, and (VII) Granting Related Relief* (the "Bidding Procedures Motion") [Docket No. 69] in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on June 16, 2023, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Approving Bid Protections, (III) Scheduling Certain Dates With Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, (VI) Authorizing the Debtors to Enter Into Definitive Purchase Agreements, and (VII) Granting Related Relief* (the "Bidding Procedures Order")[2] [Docket No. 134], by which the Court approved procedures setting forth the process by which the Debtors were authorized to conduct an auction (the "Auction") for the sale of substantially all of the Debtors' assets or subsets of the Debtors' assets.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Center for Autism and Related Disorders, LLC (1512); CARD Holdings, LLC (1453); CARD Intermediate Holdings I, LLC (N/A); CARD Intermediate Holdings II, LLC (3953); and SKILLS Global, LLC (4192). The location of the Debtors' principal place of business is 9089 S Pecos Rd., Suite 3600, Henderson, Nevada 89074.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on July 17, 2023, at 9:00 a.m. (prevailing Central Time), pursuant to the Bidding Procedures Order, the Debtors commenced an Auction at the offices of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in a reasonable exercise of their business judgment, selected the bid package submitted by Pantogran LLC in conjunction with SH Varsity Acquisition Sub, LLC, Your Life ABA VA, LLC, Proud Moments MSO, LLC, and Proud Moments Licensed Behavior Analysts PLLC (together, the "Consortium") for an aggregate purchase price of $48,477,026 as the Successful Bidder for the Acquired Assets (as defined in the Consortium Asset Purchase Agreement).

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in a reasonable exercise of their business judgment, selected Behavior Frontiers, LLC in conjunction with SH Varsity Acquisition Sub, LLC, Your Life ABA VA, LLC, Proud Moments MSO, LLC, and Proud Moments Licensed Behavior Analysts PLLC, as the Backup Bidder.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the Sale of the Acquired Assets to the Successful Bidder at the Auction will be held before Judge David R. Jones in Courtroom 400, 4th Floor, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas on **July 26, 2023, at 3:00 p.m. (prevailing Central Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing, the Debtors will seek the Court's approval of the Successful Bid. Unless the Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the Sale, and there will be no further bidding at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Successful Bidder and Backup Bidder is subject to the terms and conditions of the Bidding Procedures Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available for inspection free of charge on the Debtors' website at https://cases.stretto.com/CARD, or by calling (855) 925-7872 (Toll Free U.S. and Canada); or (949) 892-1668 (International). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
July 21, 2023

/s/ *Matthew D. Cavenaugh*

| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Allyson B. Smith (admitted *pro hac vice*) |
| Victoria N. Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, Texas 77010 | Telephone: (212) 446-4800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 752-4221 | Email: christopher.greco@kirkland.com |
| Email: mcavenaugh@jw.com | allyson.smith@kirkland.com |
| jwertz@jw.com | |
| mstull@jw.com | |
| vargeroplos@jw.com | |

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*

*Proposed Co-Counsel to the Debtors and Debtors-in-Possession*

**Certificate of Service**

  I certify that on July 21, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                   */s/ Matthew D. Cavenaugh*
                   Matthew D. Cavenaugh