Electronic Appearance Sheet

J Kim, Pro Se, None, Pro Se
Client(s): None

David Ramsay, Pro Se, None, Pro Se
Client(s): None

David Kupetz, Locke Lord LLP
Client(s): Pantogran LLC

Lindsay Milne, Bernstein Shur
Client(s): Marlin Enterprise LLC

Jorge Garcia, Saul Ewing LLP
Client(s): AmeriHealth Caritas Louisiana, Inc.

Katherine Scherling, Quinn Emanuel Urquhart & Sullivan LLP
Client(s): Disinterested Director of CARD Holdings LLC

James Tecce, Quinn Emanuel Urquhart & Sullivan LLP
Client(s): Special counsel to CARD Holdings LLC, acting at direction of disinterested director Neal Goldman

J Machir Stull, Jackson Walker
Client(s): Debtor

Allyson Smith, Kirkland & Ellis
Client(s): Debtor

Christopher Greco, Kirkland & Ellis
Client(s): Debtor

Joshua Greenblatt, Kirkland & Ellis
Client(s): Debtor

James Brand, Fredrikson & Byron, P.A.
Client(s): SH Varsity Acquisition Sub, LLC; Your Life ABA VA, LLC; SBH Intermediate Holdings, L.P.; Proud Moments Licensed Behavioral Analysts PLLC; Proud Moments MSO, LLC; and Proud Moments Intermediate Holdings

Samuel Andre, Fredrikson & Byron, P.A.
Client(s): SH Varsity Acquisition Sub, LLC; Your Life ABA VA, LLC; SBH Intermediate Holdings, L.P.; Proud Moments Licensed Behavioral Analysts PLLC; Proud Moments MSO, LLC; and Proud Moments Intermediate Holdings

Nacif Taousse, Latham & Watkins LLP
Client(s): Ares Capital Corporation, as DIP Agent and DIP Lender

Jacob Adlerstein, Paul Weiss Rifkind Wharton & Garrison LLP

Electronic Appearance Sheet

Client(s): Cardinal Buyer, LLC

David Kupetz, Locke Lord LLP
Client(s): Pantogran LLC

Angela Tsai, Stretto
Client(s): Center for Autism and Related Disorders, LLC, et al.

Simon Mayer, Locke Lord LLP
Client(s): Pantogran LLC

Sean Feener, Locke Lord LLP
Client(s): Pantogran LLC

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Ares Capital Corporation, as DIP Agent and DIP Lender

Sarah Noe, Ballard Spahr LLP
Client(s): SOCAL Industrial Holdings, LLC

Susan Mathews, Baker Donelson
Client(s): HR Assets, LLC and HTA Pearland Cullen, LLC

Asif Attarwala, Latham & Watkins LLP
Client(s): Ares Capital Corporation, as DIP Agent and DIP Lender